UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 19 P 3:27

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHEN PATTERSON and WOBURN
FIRE FIGHTERS ASSOCIATION,
LOCAL 971, I.A.F.F.,
   Plaintiffs

V.

PAUL TORTOLANO, CHIEF OF THE CITY
OF WOBURN FIRE DEPARTMENT and
CITY OF WOBURN,
   Defendants

CIVIL ACTION NO.

04-12190 JLT

MAGISTRATE JUDGE Collings

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, the defendants, City of Woburn (the "City") and Paul Tortolano, file this Notice of Removal and as grounds thereof state as follows:

1. The City and City Fire Department Chief Tortolano are the named defendants in the above matter, filed and pending in the Superior Court Department of the Trial Court in the Commonwealth of Massachusetts for Middlesex County, Civil Action No. MICV2004-04127.

2. This is a civil suit in which the plaintiffs allege that Stephen Patterson has been denied of property, salary and/or benefits in violation of federal law, 42 U.S.C. §1983, and in violation of Massachusetts state law.

3. In accordance with 28 U.S.C. §1446(a), a copy of all process, pleadings and orders served upon the defendant are attached to this Notice as Exhibit "A."

RECEIPT # 59424
AMOUNT $ 150
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 10-19-04

{H:\PA\LABOR\19210\00002\A0741571.DOC}

4.  Since the plaintiff has asserted claims under federal, as well as state, law, this Court has original jurisdiction over adjudication of this action pursuant to 28 U.S.C. §1331. Removal is therefore appropriate under 28 U.S.C. §1441(a) and (c).

5.  For purposes of assignment of this case pursuant to Local Rule 40.1, the plaintiffs, and defendants all reside, have their principal place of business or are incorporated in the Eastern Section.

>   Respectfully submitted,
>
>   PAUL TORTOLANO, CHIEF OF THE
>   CITY OF WOBURN FIRE DEPARTMENT
>   and CITY OF WOBURN
>
>   By its counsel,
>
>   _____
>   Michael D. Badger, Esq.
>   BBO #633915
>   Mirick, O'Connell, DeMallie & Lougee, LLP
>   100 Front Street
>   Worcester, MA 01608-1477
>   Phone: (508) 791-8500
>   Fax:    (508) 791-8502

Dated: October 19, 2004

### CERTIFICATE OF SERVICE

I, Michael D. Badger, hereby certify that I have this day served a copy of the foregoing document, by hand delivery to Terence Coles, Esq., Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

>   _____
>   Michael D. Badger, Esq.

Dated: October 19, 2004