UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 20 P 3: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,<br>        Plaintiffs,<br><br>v.<br><br>PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN,<br>        Defendants. | Civil Action No.:<br>04-CV-12190 JLT |

## PLAINTIFFS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

Plaintiffs, by their attorneys, hereby move this Honorable Court for preliminary injunctive relief pursuant to Rule 65 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiffs state as follows:

1.   As set forth in the memorandum of law, affidavits and exhibits submitted herewith, Plaintiffs have brought an action pursuant to M.G.L. c. 41, §100 and 111F, 42 U.S.C. §1983, and M.G.L. c. 12, §11I, challenging Defendant City of Woburn's and Defendant Fire Chief Paul Tortolano's termination of injured on duty benefits to the plaintiff Stephen Patterson. In addition, Defendants have terminated these benefits and terminated Mr. Patterson's employment without conducting any pretermination hearing or opportunity to be heard in violation of Mr. Patterson's right to due process of law under the 14th Amendment of the United States Constitution.

2.   Defendants' termination of Mr. Patterson's §111F benefits and employment and their failure to allow him to resume work on limited duty means that

Mr. Patterson is without income to support himself or pay for health insurance for himself and his wife. As such, Defendants' actions threaten him with serious and irreparable harm to his health.

3. Defendants' termination of injured on duty benefits and refusal to permit Mr. Patterson to return to work on limited duty leaves Mr. Patterson without any regular income or health insurance and thereby threatens his ability to obtain the basic necessities for living and continue necessary treatment for his back injury.

4. Plaintiffs are likely to succeed on their claims that Defendants have violated M.G.L. c. 41 §§ 100 and 111F, 42 U.S.C. §1983, M.G.L. c. 12, §11I, and the collective bargaining agreement.

WHEREFORE, Plaintiffs request this Court to issue the following preliminary and permanent injunctive relief:

1. Grant preliminary and permanent injunctive relief requiring Defendants to restore Plaintiff Stephen Patterson's injured on duty benefits to him retroactive to the date of their termination or, alternatively, pending expedited arbitration and resolution of the grievance under the collective bargaining agreement.

2. In the alternative, grant preliminary and permanent injunctive relief requiring Defendants to permit Plaintiff Stephen Patterson to return to work on limited duty and perform work within his physical capabilities as determined by his treating physician pending expedited arbitration and resolution of the grievance under the collective bargaining agreement.

3. To award Plaintiff Stephen Patterson injured on duty benefits from the date such benefits were terminated to the present and continuing.

4. To order Defendants to pay all medical bills reasonably incurred by Plaintiff Stephen Patterson for his work related injury pursuant to M.G.L. c. 41, §100.

5. To order Defendants to restore Plaintiff Stephen Patterson's injured on duty benefits retroactive to the date of their termination pending a hearing and decision pursuant to Plaintiff's due process claim.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument for this motion.

Respectfully submitted,

STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,
By their attorneys,

Dated: October 20, 2004

Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

### CERTIFICATE OF CONFERENCE

Plaintiffs counsel, Terence E. Coles, Esquire, hereby certifies that he and Defendants' counsel, Nicholas Anastaspoulos, Esquire, have conferred and have attempted in good faith the resolve and narrow the issues presented in this motion.

Terence E. Coles

## CERTIFICATE OF SERVICE

This is to certify that on October 20, 2004, a copy of the foregoing document was served by facsimile and overnight delivery upon:

Nicholas Anastasopoulos, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608

_____
Terence E. Coles, Esq.

4