UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN PATTERSON and WOBURN )
FIRE FIGHTERS ASSOCIATION, )
LOCAL 971, I.A.F.F., )
    Plaintiffs, ) Civil Action No:
) 04-CV-12190 JLT
v. )
)
PAUL TORTOLANO, CHIEF OF THE CITY OF )
WOBURN FIRE DEPARTMENT and CITY OF )
WOBURN, )
    Defendants. )
)

### PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION LONGER THAN 20 PAGES

Pursuant to Local Rule 7.1 (B)(4), Plaintiffs move this Court for leave to submit Plaintiffs' Memorandum of Law In Support Of Motion For Preliminary Injunctive Relief which exceeds 20 pages (26 pages). Plaintiffs' memorandum in support of their motion raises multiple grounds why Defendants' conduct has violated Plaintiffs' statutory, constitutional and collective bargaining agreement rights. Plaintiffs believe that the information contained in their memorandum is necessary to explain the reasons why preliminary injunctive relief should be granted.

Respectfully submitted,

STEPHEN PATTERSON and WOBURN
FIRE FIGHTERS ASSOCIATION,
LOCAL 971, I.A.F.F.,
By their attorneys,

Dated: October 20, 2004

Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

This is to certify that on October 20, 2004, a copy of the foregoing document was served by facsimile and overnight delivery upon:

Nicholas Anastasopoulos, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608

Terence E. Coles, Esq.