**EXHIBIT 3**

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## THE CITY OF WOBURN

## AND

## LOCAL 971, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS

## JULY 1, 1995 THROUGH JUNE 30, 1998

Collective Bargaining Agreement
Between
The City of Woburn
And
Local 971, International Association of Fire Fighters

## TABLE OF CONTENTS

| | |
|---|---|
| AGREEMENT | 1 |
| PREAMBLE | 1 |
| PRINCIPLES OF AGREEMENT | 1 |
| ARTICLE 1 | 2 |
| Section 1 – Recognition | 2 |
| Section 2 – Union Security | 2 |
| Section 3 – Dues | 2 |
| Section 4 – Time Off (Union Business) | 2 |
| Section 5 – No Individual Agreements | 3 |
| ARTICLE 2 | 3 |
| Section 1 – Retention of Civil Service Rights | 3 |
| Section 2 – Promotions | 3 |
| Section 3 – Working Out of Grade | 3 |
| ARTICLE 3 | 4 |
| Section 1 – Duties | 4 |
| Section 2 – Reserve Fire Fighter | 4 |
| Section 3 – Limited Duty Policy and Procedure | 5 |
| ARTICLE 4 | 7 |
| Section 1 – Hours | 7 |
| Section 2 – Substitutions | 7 |
| Section 3 – Overtime | 8 |
| ARTICLE 5 | 9 |
| Section 1 – Seniority | 9 |
| Section 2 – Application of Seniority | 9 |
| Section 3 | 9 |
| ARTICLE 6 | 9 |
| Section 1 – Vacation Policy | 9 |
| Section 2 – Paid Holidays | 10 |
| ARTICLE 7 | 11 |
| Section 1 – Clothing Allowance | 11 |
| ARTICLE 8 | 11 |
| Section 1 – Sick Leave – Accumulation and Use | 11 |
| Section 2 – Buyback Incentive | 12 |
| ARTICLE 9 | 13 |
| Section 1 – Bereavement Leave | 13 |
| Section 2 – Personal Days | 13 |
| ARTICLE 10 | 13 |
| Section 1 – Salaries | 13 |
| Section 2 – Longevity | 14 |
| Section 3 – Supervisory Adder | 15 |
| ARTICLE 11 | 15 |
| Section 1 – Health and Welfare | 15 |

Collective Bargaining Agreement
Between
The City of Woburn
And
Local 971, International Association of Fire Fighters

## TABLE OF CONTENTS (CONTINUED)

| | |
|---|---|
| **ARTICLE 12** | 16 |
| Section 1 – Grievance and Arbitration Procedure | 16 |
| **ARTICLE 13** | 17 |
| Section 1 – Paid Detail | 17 |
| Section 2 – Manpower | 17 |
| **ARTICLE 14** | 17 |
| Section 1 – Approved Fire Training Schools | 17 |
| Section 2 – Educational Incentive Program | 18 |
| Section 3 – Emergency Medical Technician | 19 |
| **ARTICLE 15** | 19 |
| Section 1 – Communications | 19 |
| **ARTICLE 16** | 19 |
| Section 1 – Payroll Period | 19 |
| Section 2 | 19 |
| **ARTICLE 17** | 20 |
| Section 1 – Rights and Privileges | 20 |
| Section 2 | 20 |
| **ARTICLE 18** | 20 |
| Section 1 – Printing and Distribution | 20 |
| **ARTICLE 19** | 20 |
| Section 1 – Management Rights | 20 |
| **ARTICLE 20** | 22 |
| Duration of Agreement | 22 |

# COLLECTIVE BARGAINING AGREEMENT
## BETWEEN
## THE CITY OF WOBURN
## AND
## LOCAL 971, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS

### JULY 1, 1995 THROUGH JUNE 30, 1998

## AGREEMENT

Pursuant to the Provisions of Chapter 1078 of the Acts of 1973 and as amended, this Agreement is made and entered into this 20th day of February, 1998 by and between the City of Woburn, acting by and through the Mayor, hereinafter referred to as the City, and Local 971, International Association of Fire Fighters, A.F.L.- C.I.O., hereinafter referred to as the Union.

## PREAMBLE

Whereas the Great and General Court of Massachusetts in its wisdom saw fit in the year of 1965 to pass a law in which they recognized that the Fire Fighters have a statutory right to maintain a harmonious relationship between them, recognizing the legitimate rights and needs of the Fire Fighters, as well as the obligation of the City to protect the safety of the public;

Now, therefore, in consideration of the mutual obligations contained herein, and the Certification of Representatives, June 10, 1966, by the State Labor Relations Commission, the parties agree as follows:

## PRINCIPLES OF AGREEMENT

This Agreement between the City of Woburn (City) and Local 971, I.A.F.F. (Union) has as its purpose the establishment of rates of pay, hours of work and certain conditions of employment.

The City and the Union agree that the prime purpose of City, the Administration and all of the bargaining unit employees, in regard to the City of Woburn, is to provide services of the highest possible quality for the residents of the City and any other members of the general public who are present in Woburn. Every action taken and decision made by the City, the Administration and the employees in this bargaining unit shall adhere to this overriding principle. The parties recognize that this goal must be and can be accomplished within the limited financial resources available to the City.

Under the law of Massachusetts, the City has the final responsibility for establishing the policies for the running of the business of the City. The Department Heads have the responsibility for carrying out the policies so established. The Employees have the responsibility for adhering to these policies, providing work and services of the highest possible quality and this includes all of the services necessary to the operation of the Woburn Fire Department.

It is agreed that all of the employees will cooperate with their supervisors and management staff to secure the fullest possible efficiency of the work force.

CW

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 2

# ARTICLE 1

## Section – 1 – Recognition

The City of Woburn, recognizes Local 971, I.A.F.F., A.F.L. – C.I.O., as the sole and exclusive bargaining agent for all uniformed Fire Fighters of the Fire Department, excluding the Chief and unless otherwise provided by law and/or judicial decision.  The term Fire Fighter shall include all officers and men.

## Section – 2 – Union Security

The City of Woburn agrees not to discharge or discriminate in any way against Fire Fighters covered by this Agreement for Union Membership or activities , as provided by and in accordance with Chapter 1078 of Acts 1973, and as amended.

## Section – 3 – Dues Deductions

(a)  The City of Woburn shall deduct the weekly union dues to be collected and shall remit such dues to the Secretary – Treasurer of the Union weekly.  Members of the Union individually and voluntarily certify in writing that they authorized such deductions and file such authorization with City Treasurer.  Such authorization shall be in effect for a period of one year and thereafter, unless revoked in writing by the Employee.

(b)  Non-Union members shall pay an agency service fee equal to Union dues as provided by General Law Chapter 150E.

## Section – 4 – Time Off – Union Business

(a)  All Fire Fighters covered by the Agreement, who are Officers of Local 971 or who are appointed by Local 971 as members of said Local's Collective Bargaining Negotiating team, shall be allowed time off for official Union business, negotiations or conferences with the City Administrator, or Chief of the Department, without loss of pay or benefits and without the requirements to make-up said loss of time, provided said time off has been approved by the Chief of the Department, whose decision shall be final.
Any Union official or designated member conducting negotiations, meetings with City representatives, grievance hearings, arbitration, agency hearings, or court hearings shall not lose an overtime opportunity as a result of said participation.

(b)  The Employer agrees to grant the necessary time off without loss of pay to the President of the Union and/or those whom he designates to attend a labor convention or serve in any capacity in other official Union business not to exceed eight (8) days in a calendar year.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 3

## ARTICLE 1 (Continued)

### Section – 5 – No Individual Agreements

The Employer agrees that it will not enter into any individual or collective agreement with any Fire Fighter covered by this Agreement which is contrary to this Agreement.

## ARTICLE 2

### Section – 1- Retention of Civil Service Rights

The Fire Fighters covered by this Agreement shall retain their Civil Service rights now in effect as provided by Chapter 31 of the General Laws of Massachusetts.

### Section – 2- Promotions

(a) Whenever an opening exists in any rank above the rank of Fire Fighter, it shall be filled by a permanent member of the Woburn Fire Department subject to ARTICLE 5 - Seniority Rights. The Chief of the Department shall within fifteen (15) calendar days request of Civil Service a competitive examination for the position.

(b) The City shall act on all vacancies within thirty (30) calendar days after the Establishment of an eligible list.

(c) The City of Woburn agrees to maintain an eligible list for all positions covered by this Agreement.

(d) These positions are: Fire Captain, Fire Lieutenant, Fire Fighter Private, Reserve Fire Fighter, Mechanician F.D., Fire Fighter Lineman, Fire Fighter Inspector.

### Section – 3 – Working Out of Grade

Members of the Fire Department who are covered by the terms of this Agreement and who are ordered to serve temporarily in the next higher rank for a period of at least one or more working days shall be compensated at the rate established for that rank. A senior Fire Fighter may submit to the Chief a written request that he not be ordered to serve temporarily in the next higher rank. He shall state reasons for such request either verbally or in writing and agree to temporarily waive his seniority rights under Article 5, Section 2, Subsection 1, "Temporary Appointment as an Acting Officer".

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 4

## ARTICLE 3

**Section – 1 – Duties**

(a) The duties of the members of the Fire Department shall be those duties as spelled out in the rules and regulations for the Government of the Fire Department adopted by the Chief of the Department and approved by the Mayor on April 20, 1967.  Said book of rules and regulations is herewith adopted as a part of this Agreement.



(b) Fire Fighter appointed permanently to the Fire Department shall commence Instructions in seven (7) weeks basic recruit training program at the Massachusetts Fire Training Academy within the six (6) month period following the date of their appointment.

(c) Every member of the Fire Department appointed on or after July 1, 1982 shall be required to fulfill the prescribed requirements and satisfactorily pass the written and practical examinations and become a duly Registered Emergency Medical Technician within one year following the date of his appointment, and said member shall maintain a current valid Emergency Medical Technician Registration during his employment with the Department and failure to do so will be deemed as cause for dismissal.

(d) After one (1) year of permanent service to the Woburn Fire Department, members may reside within fifteen (15) miles of the City limits.

**Section  - 2 – Reserve Fire Fighter**

(a) A reserve Fire Fighter force shall be established as provided by Civil Service Rules and City Ordinances.

(b) A permanent Fire Fighter or a member of the reserve Fire Fighting force only shall be used to replace a permanent Fire Fighter due to illness, disability, or vacation, or when there is a need of extra help at any other time.

(c) Such reserve Fire Fighter shall have successfully completed a seven (7) week recruit training program at the Massachusetts Fire Training Academy, or shall have competed five (5) years service as a permanent call Fire Fighter in the City of Woburn, before being used to replace a permanent Fire Fighter or as extra help.

(d) Such reserve Fire Fighter shall not exceed the regular workweek of a permanent Fire Fighter.

(e) If such reserve Fire Fighter is employed for eight weeks in a calendar year as extra help, the City agrees to amend Section 1 of Chapter 8 of the City Ordinance and create an additional position in the rank of permanent Fire Fighters.

(f) Whenever any opening exists in the permanent Fire Fighting force it shall be filled by appointment from the reserve Fire Fighting force of the City of Woburn.  The City of Woburn agrees to maintain a full reserve list at all times according to City Ordinance.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 5

ARTICLE 3 (Continued)

Section – 3- Limited Duty Policy and Procedure

The intent of this policy is to provide a procedure and mechanism for employees who, although unable to perform full fire fighting duty, are capable of performing meaningful duties within the Woburn Fire Department; assigning them appropriate tasks and work schedules; monitoring their medical condition by a physician to determine whether limited duty should continue or be ended either by a return to full fire fighting duty or by termination of employment. The purpose is to give the City the right to assign employees who have been injured on duty or to provide for employees who are sick or injured due to non-job related illnesses or injuries the opportunity to contribute to the work and productivity of the Department and, where possible, protect personal sick leave accumulation. This policy is not intended as a substitute for the provisions of M.G.L. c.41, s.111F and both the City and the employee retain all rights and restrictions granted to them by M.G.L. c.41, s.111F.

This policy is hereby adopted upon the signing of the contract and shall remain in force for the life of the contract.

1. **Eligibility**

This policy shall apply to all employees who have been injured in the past, present, or future while in the performance of their duties within the meaning of M.G.L. c.41, s.111F, and employees who will in the future be receiving sick leave benefits for non-work related injuries and illnesses. This policy shall apply after the employee has been absent from work for a period of sixteen (16) consecutive shifts, excluding hospital time. Incapacity for duty caused by contact with communicable diseases such as Hepatitis B or HIV (for example) shall be recognized as subject to presumptive injury leave, subject to rebuttal by credible evidence of other non-job related exposure.

2. **Procedure**

(a) Any employee who has been absent from duty on injury leave, within the meaning of c. 41, s. 111F, may be assigned by the City to limited duty and any employee absent from duty due to non-work related injury or illness may request to be assigned to limited duty by the City pending a return to full duty. The City will arrange for a medical evaluation regarding the length and extent of disability, including an opinion as to the ability of the employee to perform limited duty. In the event that the employee disputes the City's medical evaluation, he may elect to be examined by his/her own physician at the expense of the employee, and said physician shall be afforded a full opportunity to consult with the City physician as to the fitness of the employee to perform limited duty. If the City physician and the employee's physician disagree as to the employee's fitness for limited duty, a third physician agreeable to both shall examine the employee and render a written advisory medical opinion as to the employee's fitness for limited duty.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 6

ARTICLE 3, Section – 3 –, <u>Procedure 2.</u> (Continued)

(b) Each physician shall be provided with a description of limited duty activities and shall have access to all pertinent medical records.

(c) When an employee is assigned to limited duty, such limited duty shall not interfere with any on-going medical treatment. During any period when limited duty is being performed, if the employees loses work time and such loss is related to the line of duty injury, the lost time shall be charged to injured leave status. If the employee is assigned, at his request, to limited duty due to a non-job related illness or injury, and he loses work time, it shall be charged to his sick time.

(d) Limited duty shall cease when the Fire Fighter is either capable of returning to full fire fighting duty status or is retired. Limited duty status shall continue during an appeal of an adverse medical and/or Retirement Board Ruling.

(e) Limited duty shall consist of tasks assigned by the City, including but not limited to: dispatching, fire prevention inspections, education, training and/or administrative tasks. All assigned tasks shall be within the physical capabilities of the employee.

(f) Employees assigned to limited duty shall receive full wage and benefit compensation.

(g) The fire suppression force shall not be reduced because of the establishment of limited duty and/or limited duty assignments. Except when an employee is assigned as a dispatcher, such employee shall be included as part of the minimum manpower on duty as required in Article 13, Section 2 (a) and (c).

(h) Limited duty shall be performed on a work schedule of Monday through Friday from 0830 hours to 1630 hours. If a Fire Fighter, including Captains and Lieutenants, is assigned to limited duty by the City as a dispatcher, he shall be assigned to his regular work group and work the regular work week as defined in Article 4, Section 1 of the contract. If more than one Fire Fighter on a group is assigned to limited duty, management has the right to reassign such Fire Fighter to a different work group. Fire Fighters assigned to days shall be reassigned to other day shift related duties.

<u>3.   Disputes</u>

Disputes regarding the interpretation or application of this program shall be subject to grievance and arbitration procedures contained in the Collective Bargaining Agreement between the parties.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 7

## ARTICLE 4

**Section – 1- Hours**

(a)  The regular work week for members of the Woburn Fire Department shall be an average forty-two (42) hours per week, to be comprised of two (2) fourteen-hour night shifts and two (2) ten-hour day shifts in an eight (8) week cycle with the starting day moving ahead twenty-four (24) hours each week.  The day shift shall start at 8:00 a.m., and the night shift shall start at 6:00 p.m.

(b)  The regular work schedule for all employees assigned to a group to perform fire fighting and rescue duties shall consist of one (1) twenty-four (24) hour tour of duty on, followed by one (1) twenty-four (24) hours off duty, followed by one (1) twenty-four (24) hour tour of duty on, hereinafter a "cycle".

(c)  For provisions in the existing Collective Bargaining Contract a twenty-four (24) hour tour is a ten (10) hour day shift and a fourteen (14) hour night shift.

(d)   Vacation weeks that are broken up will only be broken into two (2) ten (10) hour day shifts and two (2) fourteen (14) hour night shifts.

(e)  Vacation days/nights, personal days/nights, comp time and/or paybacks are not allowed unless the employee notifies/requests the on-duty Captain at Station #3 prior to 0700 hours of the day the time off is to be taken.

(f)  All overtime will be accounted for on an hourly basis.   That is, the employee with the fewest hours will be the next employee called for overtime whether it be a day, night or short shift.

*Add. → from MOA # 3, 4, + 5*
*7/11/1 →*

**Section –2- Substitutions**

Uniformed members of the Fire Department may be permitted, on approval by the Chief of the Department, to substitute or exchange time with members of equal rank (Private for Private, Officer for Officer) within the Department.  Such substitutions shall be permitted only for good cause and consistent with the requirements of the Department to maintain an effective work force at all times.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 8

ARTICLE 4 (Continued)

**Section –3- Overtime for Officers and Members of the Fire Fighting Force.**

(a) All overtime shall be handled as provided by Massachusetts General Laws, Chapter 48, Section 58C.
An up to date overtime list shall be maintained in each station by the Officer in charge.
The overtime rules shall be established by the Union subject to the approval of the Chief of the Department.

(b) If a Fire Fighter elects compensatory time instead of overtime pay, the time off shall be given at the Fire Fighter's discretion consistent with the requirements of the Department to maintain an effective work force at all times.

(c) Members held overtime for emergency work, not including conflagrations, by orders of the Chief or Senior Officer in charge, shall be granted holdover pay in the following manner:

- 0 to 30 minutes: one hour at overtime
- 30 minutes to two (2) hours: two hours overtime
- all overtime worked in excess of two hours shall be compensated for to the next one-half (1/2) hour.

Members covered under the terms of the Agreement called back to duty by the orders of the Chief or Senior Officer in charge shall be compensated for at least four (4) hours, if the overtime is less than four (4) hours, but more than one (1) hour.

(d) The Employer shall grant leave with pay to any employee for the period of time he is required, as a result of official Fire Department business, to appear before a court, judge, justice, magistrate, or coroner as a plaintiff, defendant, or witness. Also, members covered under the terms of this agreement required to appear as above on off duty time, shall be compensated for a minimum of four (4) hours overtime for each day. Over four (4) hours each day shall be paid to the next full hour at the same rate. This provision will not apply to appearances before the Labor Relations Commission and arbitration proceedings arising out of the terms of this agreement.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 9

## ARTICLE 5

**Section – 1- Seniority**

Seniority shall be as determined by Civil Service Laws and Regulations.

**Section – 2- Application of Seniority**

Seniority shall be determined by the date of permanent appointment to the Woburn Fire Department as a Fire Fighter. The title "Fire Fighter" shall include all ranks. Seniority shall be used for permanent Fire Fighter as follows:

1. Temporary appointment as an acting Officer due to vacation, sickness, and retirement or any vacancy which exists in the Lieutenant Ranks.

2. In selection of vacations from the vacation schedule.

3. In attendance of any special school or seminar for matters relating to the Fire Service.

4. For overtime

5. For extra details

6. When an opening exists in the Private ranks, the senior private shall have first refusal to the assignment at the chief's discretion.

**Section –3-**

(a) A seniority list shall be posted according to Chapter 31, sec. 15.

(b) A permanent Fire Fighter shall be given a week's notice when he is to be permanently transferred from his group and said transfer is to be posted in all stations.

## ARTICLE 6

**Section –1- Vacation Policy**

(a) Vacation time shall be determined by Massachusetts General Laws and City Ordinances.

(b) Vacations shall be all year round.

(c) One week's vacation may be picked by seniority for summer vacation.

(d) One week's vacation may be carried forward to the next year at the discretion of the Chief.

(e) Two vacation weeks may be split into vacation days or nights.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 10

**ARTICLE 6 (Continued)**

**Section –2- Paid Holidays**

(a) Members covered under this Agreement shall have twelve (12) paid holidays per year as determined by the Chief of Department which shall include Martin Luther King Day.

(b) For the purpose of this section, the normal tour of duty shall be from 12:01 A.M. of the holiday and continue until 12:01 A.M. of the following day;

    1) Any firefighter whose regular day falls on a holiday will be allowed a day off at a later date, or will receive compensation for that date at the Fire Fighter's discretion.

    2) Any Fire Fighter required to work on a holiday that is in his regular tour of duty will receive two extra days' pay in addition to his regular salary.

    3) Any Fire Fighter required to work on a holiday when he is in a scheduled vacation status will receive an extra day's pay at the time and one-half rate, in addition to his regular compensation. He will also be entitled to a day off with pay at a later date.

    4) When any of the holidays fall during any period of an employee's paid injured leave, he shall receive for such holiday, in addition to his regular weekly compensation, an additional day's pay computed as one fifth (1/5) of his regular weekly compensation.

    5) When an employee ceases to be a member of the Fire Department, he shall be entitled to all the holiday pay that he has accrued.

    6) When a Fire Fighter is absent from scheduled work due to a non-occupational illness or accident, on a holiday which falls within his absence of four (4) or more consecutive working days (including the holiday), he shall be paid for the holiday.

(c) Whenever a special holiday is declared by the President, the Governor, or the Mayor, Fire Fighters shall be compensated the same as a regular holiday.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 11

## ARTICLE 7

### Section –1- Clothing Allowance

(a) The clothing allowance for uniformed members for the Fire Department shall be as follows:

Effective September 1, 1989, the City of Woburn shall purchase and issue all Fire Department uniforms.

1) Station uniforms will be issued on an annual basis each September 1 and include two (2) long sleeve shirts, two (2) short sleeve shirts, and two (2) pairs of pants. All station uniforms shall meet or exceed the requirements of N.F.P.A. Standard 1975.

2) One (1) pair of station uniform safety shoes shall be issued on September 1, 1989 and re-issued on a turn-in replacement basis.

3) The City shall issue a complete Class A uniform to all new Fire Fighters and to Fire Fighters promoted to officers.

4) The City shall issue class A uniforms to present members on a turn-in replacement basis.

5) Uniform inspection shall be called at the discretion of the Chief.

(b) Reserve Fire Fighters shall be issued Station Uniforms prior to their first day of paid employment.

(c) The following amounts shall be paid by the City to each uniformed member of the Fire Department:

Two hundred dollars ($200.00) yearly for the purpose of cleaning, maintenance, and upkeep of said uniforms.

(d) The City of Woburn shall furnish all protective gear and equipment necessary for the protection of the Fire Fighter in the performance of his duties, at the rate of one (1) squad per year.

## ARTICLE 8

### Section –1- Sick Leave – Accumulation And Use

Every member covered by this Agreement shall be credited with sick leave with pay for a period not to exceed fifteen (15) working days per full year of service; for persons starting work on the first working day of the calendar month credit will begin at once, at the rate of 1 ¼ days per month, otherwise on the first day of the month following employment, and will accumulate each calendar month thereafter.

Employees absent on sick leave for five (5) consecutive workdays shall be required to furnish medical evidence, at the discretion of the Chief, before returning to duty. The Department Head may require a physical examination by a City designated physician, at the City's expense after five (5) consecutive days of sick leave. Sick leave shall only be used for legitimate sickness. The Chief will review sick leave on an annual basis.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 12

**ARTICLE 8, Section –1- (Continued)**

A member going home sick after ½ of his tour of duty is completed shall be charged with ½ of a sick day. A member going home sick before ½ of his tour of duty is completed shall be charged with one (1) sick day.

**Section –2- Buyback Incentive**

(a) *Grandfathered Days* – Members who have over One Hundred (100) days accumulated as of January 1, 1986, are entitled to buyback those days upon retirement, resignation, death (to the surviving spouse or heirs at law), or other non-disciplinary termination, at the rate of pay established when the member retires, resigns, or dies. Members in this category shall be allowed to build back up to the days they have as of January 1, 1986, in the event they must use those days for a legitimate illness or injury.

(b) *One hundred days* – All members who have not accumulated one hundred (100) days as of January 1, 1986, are allowed to accumulate to that amount, and are entitled to buyback those days upon retirement, resignation, death (to the surviving spouse or heirs at law), or other non-disciplinary termination, at the rate of pay established when the member retires, resigns, or dies.

(c) *Extra Days* – Members who accumulate days over the amount established in subsection 9a, or over the one hundred (100) days in subsection (b), shall be entitled to buyback those days upon retirement, resignation, death (to the surviving spouse or heirs at law), or other non-disciplinary termination, at the rate of pay established when those extra days were earned.

(d) *Using Extra Days* – Members who have to use sick leave days classified as "Extra Days" shall use them on the First Earned, First Used basis. Members who use sick leave over what they have earned in a current year, and who have to use days from the sick leave bank, shall use "Extra Days" first, as outlined here.

(e) *Current Incentive Buyback* – The members shall be entitled to buyback currently earned sick days as follows: each member having accumulated one or more sick days during the prior calendar year, may choose to buy back those days (not exceeding 15), by notifying the Department Head in writing no later than January 21 of the year following, of his intention to do so. This incentive is optional. A member may choose one of the following options:

    1) He can use some sick days and carry over the rest.
    2) He can use some and buyback the rest.
    3) He can carry over all the days (15).
    4) He can buyback all the days (15).
    5) He can use some days, buyback some days and carry over the rest.

*January 15th*

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 13

ARTICLE 8, Section – 2- (Continued)

(f) *Payment and Notification* – Payment for any days under this incentive shall be made in one check during the month of February. Members shall receive an official report no later than January 15 of each year. This report shall detail the following information: (1) total number of days in his bank; (2) number of days employee is capped at; (3) a breakdown of days earned each year and a dollar value assigned to each of those days. This current buyback incentive shall become effective on January 1, 1986, for the preceding year's sick days.

## ARTICLE 9

### Section – 1 – Bereavement Leave

In the event of a death in the immediate family of the uniformed Fire Fighter, he may be granted bereavement leave without loss of pay up to the maximum of four (4) calendar days commencing on the day of death. For the purpose of this section, the "immediate family" shall be the permanent Fire Fighter's spouse, children, parents, parents-in-law, brother, sister, grandparents and grandchildren. The day of Funeral shall be granted for death of brother-in-law or sister-in-law without loss of pay.

### Section – 2 – Personal Days

All uniformed members will receive two (2) paid personal days per year. Personal time may be taken on either the night or day shift, excluding holidays.

## ARTICLE 10

### Section – 1 – Salaries

(a) Effective and retroactive to July 1, 1991, the salaries of all uniformed members of the Fire Department shall be as set forth as in "Appendix A" and "Article 10, section 1 (b) and (c)". Fire Fighters assigned to ambulance duty shall receive a weekly pay differential of twenty dollars ($20.00). This differential shall not be included as part of the base salary for purposes of calculating overtime.

(b) Hazardous Incident Readiness/Response Compensation: In addition to any other regular or premium compensation to which employees are entitled, all Fire Department personnel shall receive hazardous incident readiness/response compensation. The hazardous incident readiness/response compensation is computed as follows:

    July 1, 1992 - $350.00 added to base
    July 1, 1993 - $350.00 added to base

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 14

**ARTICLE 10, Section – 1 – (Continued)**

(c) Night Shift Differential: All firefighters covered by this agreement whose work schedule is as outlined in Article 4, sec. 1, shall receive the following:

> July 1, 1992 - $350.00 added to base
> July 1, 1993 - $350.00 added to base

(d) Specialist Jobs: The following specialist jobs will be posted, including, but not limited to:

> A. Job Description
> B. Job related experience if required
> C. Management/Public Relations Ability
> D. Rate of pay
> E. Hours of Employment
> F. Benefits above normal Firefighters (car, etc)

The Fire Chief has the authority to select the most senior qualified eligible employees who apply for the position.

> 1. Personnel Officer/Training Coordinator
> 2. Fire prevention Officer
> 3. Fire Prevention Inspector
> 4. Payroll Officer
> 5. Arson Investigator
> 6. Fire Alarm Supervisor
> 7. Traffic Signals Systems Supervisor
> 8. Mechanic
> 9. Assistant Mechanic
> 10. Oil Burner Inspector
> 11. Fire Prevention Permit Specialist

Job descriptions/rates of pay, hours of employment and any additional benefits above normal Fire Fighters contract will be submitted to be included as part of the current contract after review and approval by both Union and management.

**Section – 2 – Longevity**
   **Sub-Section 4B of Chapter 17, City Ordinance**

Each member of the Fire Department shall receive in addition to his annual salary, compensation at the rate of three percent (3%) of his salary for every five years of service as a full time regular member of the Fire Department. Longevity shall be included as part of the regular weekly salary for purposes of overtime calculations.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 15

## ARTICLE 10 (Continued)

### Section – 3 – Supervisory Adder

Effective June 1, 1994 Lieutenants and Captains with supervisory responsibilities receive a supervisory adder to the base salary. This supervisory adder was originally established and paid at 12.80%. Effective with the new salary schedules negotiated for the July 1, 1995 through June 30, 1998 contract period the supervisory adder will become a set dollar amount (no longer a percentage of base salary). The supervisory adder will be as follows:

Lieutenants (with supervisory responsibilities)

Effective 7/1/95        $5,131.36

Captains (with supervisory responsibilities)

Effective 7/1/95        $5,798.44

## ARTICLE 11

### Section – 1 –Health And Welfare

(a) Health insurance benefits shall be as determined by Chapter 32B or any other Massachusetts General Laws.

(b) Payment of medical plan coverage premiums for employees covered by this agreement shall be as follows:

Effective July 1, 1989 – The City shall pay 75% and the employee 25%

If during the period this agreement is in effect, the City agrees to pay a greater percentage of medical plan coverage premiums to any other group of employees, the employees covered by this agreement shall receive that greater percentage.

(c) Pension benefits shall be as determined by Massachusetts General Law.

(d) The City of Woburn shall establish and maintain a CARDIO/PULMONARY file program for all full time Fire Fighters, Call Fire Fighters and Reserve Fire Fighters at Choate Memorial Hospital.

(e) The City shall provide all necessary household supplies for each station.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 16

**ARTICLE 11, Section – 1- (Continued)**

(f)  The City agrees to replace or reimburse Fire Fighters for the loss of personal property
which is necessary for the performance of their duties as Fire Fighters and/or E.M.T.'s
such as prescription eye glasses, artificial teeth, watches, and wallets, providing that such
personal property was damaged or destroyed as a direct result of the performance of their
duties as Fire Fighters and/or E.M.T.'s.

**ARTICLE 12**

**Section – 1 – Grievance and Arbitration Procedure**

For purpose of this section, any reference to "Day" shall be interpreted as being a calendar
day.

A grievance is a dispute over the application or interpretation of this agreement and shall
be processed in the following manner:

**Step 1.**  The Union and/or an employee shall initiate the grievance in writing with the Chief
within ten (10) days of the grievance or knowledge of the grievance.  The Chief shall respond
in writing within seven (7) days.

**Step 2.**  If the grievance remains unsettled after Step 1, it may be presented to the Mayor
within seven (7) days of receipt of the Chief's response or seven (7) days after such response
is due.  The Mayor shall respond in writing within seven (7) days.

**Step 3.**  If the grievance is unresolved after Step 2, the Union may, within ten (10) days after
receipt of the Mayor's response or ten (10) days after such response is due, submit the
grievance to the Massachusetts Board of Arbitration and Conciliation, and providing a copy of
such petition to the Mayor.

The above time limits may be waived by mutual agreement.  The costs of arbitration shall
be shared equally by the parties.  The decision of the arbitrator shall be final and binding
under Ch.150C.  However, the arbitrator may not add to, alter or modify the terms of the
agreement.

**Step 1A.**  If the Chief shall grieve any matter, he shall initiate it in writing within ten (10)
days of the grievance or knowledge of the grievance to the Union president.  The Union shall
respond in writing within seven (7) days.

**Step 2A.**  Same as Step 2 above.

**Step 3A.**  Same as Step 3 above, except that Chief shall provide a copy of such petition for
arbitration to the Union president.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 17

## ARTICLE 13

### Section – 1- Paid Detail

    (a)  All permanent Fire Fighters covered by this Agreement, who are required to report for private detail shall be paid at the rate of twenty-six dollars ($26.00) per hour with a four hour minimum. For all paid details, a list shall be assigned and posted at each station.

    (b)  *Special Duties* – Any Fire Officer or Fire Fighter assigned to special duties shall receive in addition to the regular compensation the sum established by ARTICLE 10, SECTION – 1 – SALARIES of this Agreement.

### Section – 2 – Manpower

(a) The Fire Department shall be divided into seven (7) companies. The employer shall maintain for the safety of the public the minimum manpower at the various stations of the Department so that there is always a minimum of three (3) permanent Fire Fighters working on the pumping engine currently known as Engine #3 and two (2) permanent Fire Fighters to every other piece of apparatus on duty, and assigned to each pumping engine, ladder truck, tower truck, and Rescue Company of the Fire Department.

(b) An Officer shall be on duty in each station on all shifts for the purpose of supervision and/or authority for harmonious and effective Fire Fighting, drills and/or training, In-service Inspections, and any other matters relating to the Fire Fighting Officers.

(c) The City of Woburn shall maintain for the safety of the public a minimum manpower on duty on each shift of fifteen (15) men, consisting of Five (5) Officers and Ten (10) Fire Fighter Privates.

## ARTICLE 14

### Section –1 – Approved Fire Training Schools

    All permanent members of the Fire Department who have successfully passed Fire Training School Courses shall be remunerated according to the following schedule:

Mass. Certified Training Instructor 120 hours: 3% Fire Fighter Base Pay

American Red Cross 28 hours: ½% Fire Fighters Base Pay

Civil Defense Fire School 1 week: ½% Fire Fighter Base Pay

    All training, retraining or certifications shall be provided by the City and during on-duty hours. If such training occurs on off-duty hours, employees shall be compensated in accordance with ARTICLE 4, Section – 3 - .

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 18

**ARTICLE 14, Section – 1 -  (Continued)**

A member of the bargaining unit shall be selected to perform training duties as to other Fire Fighters, and such employee shall be compensated for such additional responsibilities and duties in an amount to be determined.

All Fire Fighters shall be eligible for such training set out above in ARTICLE 14, Section – 1 -.

*New Section 2 – chan get #'s after this*

**Section – 2 – Educational Incentive Program**

*— 3 —*

All permanent members of the Fire Department shall receive remuneration in addition to their annual salary for academic achievement in the Fire Science Technology and related fields at the university level.  The academic work must be officially recorded in the records of the college or university concerned, and the Chief must receive an official transcript of the Fire Fighter's academic record from the college of university where the academic work has been completed before said remuneration can become effective.

Base Salary increases shall be determined by the accumulation of points earned in the following manner:

| | |
|---|---|
| Each Semester hour credit | $14.00 |
| Associate's Degree | $1,250.00 |
| Bachelor's Degree | $2,500.00 |
| Master's Degree | $3,000.00 |

All future appointments as permanent Fire Fighters to the Fire Department shall have a waiting period of five (5) years before receiving remuneration for Associate, Bachelor, or Master's Degrees.  A new appointee shall receive up to twelve (12) earned credit hours per year for the first five (5) years after permanent appointment, as in compliance with SECTION – 2 -.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 19

## ARTICLE 14 (Continued)

### Section – 3 – Emergency Medical Technician

All permanent members of the Fire Department who have fulfilled the prescribed requirements and satisfactorily passed the written and practical examination and are duly registered as Emergency Medical Technicians shall receive annual remuneration as follows:

As of July 1, 1987 – one thousand, two hundred fifty dollars ($1,250.00)

As of July 1, 1988 – one thousand, five hundred dollars ($1,500.00)

As of July 1, 1989 – One thousand, seven hundred fifty dollars ($1,750.00)

Such remuneration shall remain in effect during the period that the member maintains a current valid Emergency Medical Technician's Registration.

## ARTICLE 15

### Section – 1 – Communications

(a) All communications received by the Chief of the Fire Department for the benefit and information of the members of the Fire Department shall be posted in all stations.
(b) A copy of all general orders or notices shall be sent to the President and Secretary of the Union and a copy shall be posted in all stations.
(c) The City of Woburn shall furnish the Union with a copy of latest recommendations from the A.I.A Grading Schedule and any other matters affecting the Fire Defenses of the City of Woburn.

## ARTICLE 16

### Section – 1 – Payroll Period

The payroll period shall run from Sunday to Saturday inclusive with the pay day not later than the beginning of the Thursday day shift of the next week.

### Section – 2 –

Call Fire Fighters shall receive a monthly check no later that the fifth (5th) day of the next month.

A reserve Fire Fighter on a temporary appointment shall be paid on the Thursday following the week of work the same as a permanent Fire Fighter.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 20

# ARTICLE 17

**Section – 1 – Rights and Privileges**

All other job benefits and seniority rights presently enjoyed by the permanent Fire Fighter, which are not specifically provided for or abridged in the Agreement, are hereby protected by this Agreement.

**Section – 2 –**

This Agreement represents the entire Agreement of the Parties, and it or any part thereof, may not be modified or amended during this term except by the mutual agreement of the parties.

# ARTICLE 18

**Section – 1 – Printing and Distribution**

(a) Each party agrees to pay 50% of the cost of printing this Agreement in booklet form. Two hundred fifty (250 ) copies shall be printed with the employees receiving two hundred (200) copies and the City fifty (50) copies.

# ARTICLE 19

**Management Rights**

The parties understand and agree that the exercise of management rights shall not abridge the rights of the employees under the Civil Service laws, rules or regulations or under other applicable laws or under this Agreement.

1. The City is a public body established under and with powers provided by the laws of the Commonwealth of Massachusetts, and nothing in this Agreement shall be construed to derogate from or impair any power, right or duty conferred upon the City by law or any rule or regulation of any agency of the Commonwealth. Except where relinquished, abridged or limited by the provisions of this Agreement, the City has and will continue to retain, whether exercised or not, all of the rights, powers and authority hereby reserved to it. The City shall have the right to manage business and affairs of the City, and to direct the working forces, pursuant to the provisions of this Article and the law.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 21

Management Rights (Continued)

2.  The listing of the following specific rights of management in this ARTICLE is not intended
to be a waiver or limitation of any of the rights of the City not listed herein. Inherent
management rights shall remain exclusively with the City, except as they may be shared with
the employees by a specific provision or provisions of this Agreement. The City's failure to
exercise any right, prerogative or function hereby reserved to it, or the City's exercise of any
such right, prerogative or function in a particular way, shall not be considered a waiver of the
City's right to exercise such right, prerogative or function or preclude it from exercising the
same in some other way not in conflict with the express provisions of this Agreement.

3.  (a) Subject to law and the provisions of this Agreement, among those management rights are
the right to hire, promote, train, transfer, reprimand, suspend, discharge or otherwise
discipline employees, to demote, lay off, recall to work, retire employees, to relieve
employees from duty because of lack of work, insufficient funds or other legitimate reasons.

(b) Subject to applicable law and this Agreement, to determine the methods, means and
personnel for all operations, the scheduling of operations and the extent to which its own or
other facilities and/or personnel shall be used; to abolish, expand, reduce, alter, combine,
transfer, assign, or cease any job, department, operation or service; to regulate the use of
facilities, equipment and other property of the City; to introduce new or improved services,
equipment and materials; to require overtime; to take whatever action is necessary to carry
out its work in emergency situations. During emergencies all employees are required to be
available for overtime work.

(c) Subject to applicable law and this Agreement, to select and determine the number of
employees and categories of positions to be established; to determine their qualifications; to
evaluate employees; to determine the standards of productivity and performance for their
work and the services to be rendered; to determine their duties and assignments; to direct
their work; to determine the content of job classifications and job descriptions; to promulgate
reasonable rules and regulations; to issue, amend and revise policies, rules, regulations and
practices; to take whatever action is either necessary or advisable to determine, manage and
fulfill the mission of the City and to direct the City employees; to establish or change any
service; to determine the hours of operation and shifts to be worked; to maintain order and
efficiency in the work place and to fix standards for quality and quantity of work to be done.

Collective Bargaining Agreement
City of Woburn and Local 971, I.A.F.F.
Page 22

## ARTICLE 20

**Section – 1- Duration of Agreement**

The duration of this contract shall be from July 1, 1995 to June 30, 1998. Within seven (7) days of the receipt of notification by either party, a conference shall be held between the City of Woburn and Local 971, for the purpose of negotiating a successor agreement.

It is further agreed between the City of Woburn and Local 971, that this agreement shall remain in full force and effect after the duration set forth above, if at said time the parties are negotiating any of it's terms or conditions and shall remain in full force and effect until such time as a new contract is agreed upon, or as provided by Section 4 of Chapter 1078 of Act of 1973. In Witness whereof, the said City has caused this instrument to be executed and it's corporate seal to be affixed by the Mayor of the City of Woburn as of the day and year first above written, and the said Local 971, International Association of Fire Fighters, A.F.L. – C.I.O., has caused this instrument to be signed by it's President, thereunto duly authorized as of this day and year first above written.

Signed and executed:

City of Woburn

By: _____     Date: 11/3/00

Robert M. Dever – Mayor


Woburn Fire Fighters Association


By: _____     Date: 11-3-2000

Eugene Lynch, President – Local 971

International Association of Fire Fighters