**EXHIBIT 4**


**MASSACHUSETTS
GENERAL HOSPITAL**


**HARVARD
MEDICAL SCHOOL**

Sang-Gil P. Lee, M.D.
Frank X. Pedlow, Jr., M.D.
George H. Theodore, M.D.

Department of Orthopaedic Surgery
Boston Orthopaedic & Spine Specialists, LLC
101 Merrimac Street, 7th Floor
Boston, Massachusetts 02114

# Boston Orthopaedic and Spine Specialists

Date: 6/7/04

To Whom it May Concern:

(Mr.), Mrs., Ms. _Stephen Patterson_ is being treated at Boston Orthopaedic and
Spine Specialists. Please be advised that s/he is:

☐ Unable to return to work until: _____

☑ Is able to return to work with the following restrictions: _July 2004_
_Limited Desk - Data Entry Posit_

☐ Is able to return to work with no restrictions.

If you have any further questions, please contact our office at (617) 726-1344.

Sincerely,

_[signature]_

**EXHIBIT 5**



**PAUL TORTOLANO**
CHIEF OF DEPARTMENT

# City of Woburn
## Massachusetts
---

**FIRE DEPARTMENT**

Telephone: (781) 932-4580
Fax: (781) 933-6498

◆

124 Main Street - P.O. BOX 99
Woburn, Massachusetts 01801

July 7, 2004

To: F.F. Stephen Patterson
From: Chief Paul Tortolano
Re: Return to Duty

Firefighter Patterson,

According to your case manager your doctor has given his approval for your return to work on limited duty. You are to report to duty as dispatcher at Station #3 on Group #2 on July 12, 2004. Parking is available at the front of the station and, as you know everything you need is located on the ground floor. If you have any questions, please speak to me in person.

Sincerely,

Chief of Department

**EXHIBIT 6**



**PAUL TORTOLANO**
CHIEF OF DEPARTMENT

# City of Woburn
## Massachusetts

FIRE DEPARTMENT

Telephone: (781) 932-4580
Fax: (781) 933-6498

◆

124 Main Street - P.O. BOX 99
Woburn, Massachusetts 01801

July 13, 2004

To: FF. S. Patterson
From: Chief Paul Tortolano
Subject: Limited Duty, Data Entry

Steve,

The following outline describes your limited duty assignment until your return to full duty;

Assignment: Data entry/revision in department computer system as directed

Location: Station #1, first floor, department computer station

Hours: Monday thru Friday, 0800-1600

Lunch: 1200-1300

Scheduled injury-related doctor visits and related treatment: on department time with corresponding paperwork on file in advance

Unscheduled visits- notify C-1 or C-2 prior to departure

Uniform: standard fire department work uniform

Additional: see attached limited duty description

Also, during your next visit to your attending physician please ask him to provide us with an up-to-date prognosis as it relates to his anticipated time frame for your return to full duty.

Any questions you may have should be directed through Inspector Sweeney, Captain Mills or me, as necessitated by the subject matter.

Chief of Department

## #2 Limited Duty, Data Entry

This duty entails entry of department records into our computer system at a first floor location at 124 Main Street, Woburn. The hours are 8am to 4pm Monday through Friday. Lunch hour and breaks are provided as needed, as well as disability related time off without penalty to the employee for any medical treatment. Data entry is the extent of the assigned duty. There is absolutely no fire department response duty involved.

**EXHIBIT 7**


**MASSACHUSETTS
GENERAL HOSPITAL**


**HARVARD
MEDICAL SCHOOL**

Sang-Gil P. Lee, M.D.
Frank X. Pedlow, Jr., M.D.
George H. Theodore, M.D.

Department of Orthopaedic Surgery
Boston Orthopaedic & Spine Specialists, LLC
101 Merrimac Street, 2nd Floor
Boston, Massachusetts 02114

Tel: (617) 726-1344
Fax: (617) 724-7062

## Boston Orthopaedic and Spine Specialists

Date: 9/10/04

To Whom it May Concern:

Mr., Mrs., Ms. _S. Patterson_____ is being treated at Boston Orthopaedic and Spine Specialists. Please be advised that s/he is:

☐ Unable to return to work until: _____.

☑ Is able to return to work with the following restrictions: _light duty — no lift, bendy, pushy — sit w standing_

☐ Is able to return to work with no restrictions.

☐ Other: _____.

If you have any further questions, please contact our office at (617) 726-1344.

Sincerely,

_____

**EXHIBIT 8**



PAUL TORTOLANO
CHIEF OF DEPARTMENT

# City of Woburn
## Massachusetts

### FIRE DEPARTMENT

Telephone: (781) 932 4580
Fax: (781) 933-6498

124 Main Street - P.O. BOX 99
Woburn, Massachusetts 01801

September 30, 2004

Fire Fighter Stephen Patterson
12 Hinston Road
Woburn, Massachusetts 01801

Dear Fire Fighter Patterson:

On September 9, 2004, you were cleared by your treating physician, Frank X. Pedlow, M.D., to return to work on light duty status with the Woburn Fire Department. Your absence since September 10, 2004 is unauthorized based on your continued failure to report to work and your failure to advise me of any legitimate reason for your absence. Accordingly, the Department will not authorize any payments to be made during this period of unauthorized absence.

Furthermore, in accordance with M.G.L. c. 31, §38, please be advised that you are considered to have permanently and voluntarily separated yourself from employment with the City of Woburn Fire Department based on your failure to report for duty in excess of fourteen (14) days without authorization from the Appointing Authority.

You may, within ten days after the mailing date of this letter, request a hearing before the Appointing Authority to determine if there is any basis for your restoration of employment with the City of Woburn Fire Department or if there is a basis for your being granted a leave of absence. Otherwise, you will be considered permanently and voluntarily separated from employment with the Woburn Fire Department.

Signed:

Chief Paul Tortolano
Fire Chief, Woburn Fire Department

cc:    Mayor John C. Curran
       Personnel Administrator, Commonwealth of Massachusetts
       Nicholas Anastasopoulos, Esquire
       Jan Robbins Cox, Director of Human Resources
       Thomas Lawton, Esquire, City Solicitor

{H:\PA\LABOR\19210\00003\A0737715.DOC}

**EXHIBIT 9**

## Request for Hearing

October 5, 2004

To: Chief Paul Tortolano, Woburn Fire Department
From: F.F. Stephen Patterson, 12 Hinston Rd. Woburn, MA 01801
Re: Return to Duty

Chief Tortolano,

    I, Stephen Patterson, am requesting a hearing as pertains to the status of my employment with the City of Woburn Fire Department. This matter is in response to your letter dated September 30, 2004. Please schedule a hearing for a discussion regarding my continued employment at your earliest convenience.

Cordially,

*Stephen Patterson*

Stephen J. Patterson

cc: Mayor John Curran
    Nicholas Anastasopoulos, Esquire
    Jan Robbins Cox
    Thomas Lawton, Esquire
    David Peary

**EXHIBIT 10**

Local 971
# WOBURN FIRE FIGHTER'S ASSOCIATION
### INTERNATIONAL ASSOCIATION OF FIREFIGHTERS

Affiliated with:
AFL-CIO
PROFESSIONAL FIREFIGHTERS
    OF MASSACHUSETTS
MASS. STATE LABOR COUNCIL

October 14, 2004

Chief Paul Tortolano
City of Woburn Fir Department
124 Main Street
Woburn MA 01801

This grievance is filed on behalf of the membership of Woburn Fire Fighters Association Local 971, including but not limited to Stephen Patterson.

Name of grievance: Unjust Termination, improper denial of 111F benefits and/or failure to provide limited duty to Firefighter Stephen Patterson.

Provisions violated: The City has violated the collective bargaining agreement , including but not limited to; Article 1, section 2; Article 2, section 1; Article 3, section 3; .

Nature of violation: The City has not provided Fighter Stephen Patterson with 111F benefits and/or limited duty and had terminated FF. Stephen Patterson without just cause.

Remedy: Cease and desist and make whole for all lost wages and benefits.

David C. Peary

President
Woburn Fire Fighters Association
IAFF Local 971

**EXHIBIT 11**



# City of Woburn
## Massachusetts

Telephone: (781) 932 4580
Fax: (781) 933-6498



**PAUL TORTOLANO**
CHIEF OF DEPARTMENT

**FIRE DEPARTMENT**
October 20, 2004

124 Main Street - P.O. BOX 99
Woburn, Massachusetts 01801

Firefighter David C. Peary
Woburn Fire Fighters Association
IAFF, Local 971
c/o Woburn Fire Department
124 Main Street
P.O. Box 99
Woburn, MA 01801

> Re: Grievance regarding Stephen Patterson dated October 14, 2004
> Unjust Termination, Improper Denial of 111F benefits and/or
> Failure to provide limited duty

Dear Firefighter Peary:

I have received the Union's grievance, dated October 14, 2004, which alleges violations of the collective bargaining agreement between the City of Woburn and the Woburn Fire Fighters Association, Local 971, International Association of Firefighters (the "Collective Bargaining Agreement"). Specifically, the Union alleges violations of Article 1, Section 2 (Union Security), Article 2, Section 1 (Retention of Civil Service Rights), and Article 3 Section 3, Limited Duty Policy and Procedure.

After reviewing the grievance and the Collective Bargaining Agreement, I deny the grievance on the following grounds:

(1)    Article 1, Section 2, Union Security

Section 2 of Article 1 provides that, "The City of Woburn agrees not to discharge or discriminate in any way against Fire Fighters covered by this Agreement for Union Membership or activities, as provided for and in accordance with Chapter 1078 of Acts of 1973, as amended."

The City denies that Firefighter Patterson was discharged or discriminated against for any reason related to Union Membership or activities. There is no merit, therefore, to this allegation of the Union's grievance.

CITY OF WOBURN FIRE DEPARTMENT
Firefighter David C. Peary
October 20, 2004
Page 2

    (2)    Article 2, Section 1, Retention of Civil Service Rights

Section 1 of Article 2 provides that, "The Firefighters covered by this Agreement shall retain their Civil Service rights now in effect as provided by Chapter 31 of the General Laws of Massachusetts."

On September 30, 2004, Firefighter Patterson received notice in accordance with M.G.L. c. 31, §38, that the City considered him to have permanently and voluntarily separated himself from employment with the City of Woburn Fire Department based on his failure to report for duty in excess of fourteen (14) days without authorization from the Appointing Authority.

He was further advised that within ten days after the mailing date of said notice, he could request a hearing before the Appointing Authority to determine if there was any basis for the restoration of his employment with the City of Woburn Fire Department or if there was a basis for his being granted a leave of absence. Otherwise, he would be considered permanently and voluntarily separated from employment with the Woburn Fire Department. On October 6, 2004, the City received a request from Firefighter Patterson for a hearing pursuant to M.G.L. Chapter 31, §38. The hearing was held on October 18, 2004 at which time Firefighter Patterson was present with his attorney. Final determination relative to the Chapter 31, §38 hearing has not been made as of the writing of this grievance response.

In view of the above, Firefighter Patterson was accorded his Civil Service rights pursuant to M.G.L. Chapter 31, §38. There is no merit, therefore to this allegation of the Union's grievance.

    (3)    Article 3, Section 3, Limited Duty Policy and Procedure

On September 9, 2004, Firefighter Patterson was cleared by his treating physician, Frank X. Pedlow, M.D., to return from IOD to his light duty assignment with the Woburn Fire Department. His absence after September 10, 2004 was unauthorized based on his continued failure to report to work and his failure to advise me of any legitimate reason for his absence.

Furthermore, in accordance with M.G.L. c. 31, §38, please be advised that the City considered Firefighter Patterson to have permanently and voluntarily separated himself from employment with the City of Woburn Fire Department based on his failure to report for duty in excess of fourteen (14) days without authorization from the Appointing Authority.

Based on the above, I am denying your grievance because the City has not terminated Firefighter Patterson pursuant to the any contractual just cause provision but rather deems Firefighter Patterson to have abandoned his position pursuant to M.G.L. Chapter 31, §38.

CITY OF WOBURN FIRE DEPARTMENT
Firefighter David C. Peary
October 20, 2004
Page 3

Please be advised that the Department reserves all procedural arbitrability arguments (i.e., failure to file the grievance within ten days of Dr. Pedlow's decision of September 9, 2004 to return Firefighter Patterson to his light duty assignment- Article 3, §3, sub-section 3, *Disputes*) and substantive arbitrability arguments (i.e., job abandonment is not a contractual just cause provision and therefore not arbitrable).

Very truly yours,

Chief Paul Tortolano
Fire Chief

cc:     The Honorable John C. Curran, Mayor
        Thomas W. Lawton, Esq., City Solicitor
        Jan Robbins Cox, Director, Human Resources
        Nicholas Anastasopoulos, Esq.
        Terence E. Coles, Esq.