**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Kathrine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon

***Tod A. Cochran
Of COUNSEL

***Also admitted in California

*Also admitted in Maine
**Also admitted in New York

FILED
IN CLERKS OFFICE

2004 NOV -9  P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 9, 2004

**BY HAND DELIVERY**
Zita Lovett, Court Clerk to the Honorable Joseph L. Tauro
Courtroom 20, 7th Floor
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

RE:   Stephen Patterson and Woburn Fire Fighters Association, Local 971, IAFF
      v.
      Paul Tortolano, Chief of the City of Woburn Fire Department and City of Woburn
      USDC, Civil Action No. 04-CV-12190 JLT

Dear Ms. Lovett:

Please note that Mr. Patterson is withdrawing his motion for preliminary injunction in the above-referenced matter, currently before Judge Tauro. On Friday, October 29, 2004, the day after the parties' scheduled hearing before Judge Tauro, and their settlement discussions in the Court's chambers, the City of Woburn decided to reverse its decision to terminate Mr. Patterson's employment and reinstated Mr. Patterson to limited duty as a firefighter with the City's fire department, effective November 1, 2004. Accordingly, Mr. Patterson reemployment means that he is no longer suffering irreparable harm as a result of Defendants' unlawful conduct, obviating the need for a preliminary injunction while this case goes forward. However, Mr. Patterson will pursue his remedy for Defendants' violation of his constitutional rights through the Court's normal litigation procedures.

Because the operative facts in this matter are not in dispute, counsel for both parties are currently trying to agree on a summary judgment briefing schedule and we will present the Court with a proposed briefing schedule in the near future.

74

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Thank you for your attention to this matter.

                                Very truly yours,

                                Terence E. Coles

cc:    Michael Badger, Esq.
       David Peary
       Stephen Patterson