UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

STEPHEN PATTERSON AND WOBURN FIRE )
FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., )
       Plaintiffs, )
VS. )
)
PAUL TORTOLANO, CHIEF OF THE CITY )
OF WOBURN FIRE DEPARTMENT AND )
CITY OF WOBURN, )
       Defendants )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the DEFENDANTS with reference to the above-captioned matter.

            Respectfully submitted,

            /s/ Leonard H. Kesten
            Leonard H. Kesten, , BBO# 542042
            BRODY, HARDOON, PERKINS & KESTEN, LLP
            One Exeter Plaza
            Boston, MA 02116
            (617) 880-7100

Dated: December 7, 2004