UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,<br>    Plaintiffs<br><br>V.<br><br>PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN,<br>    Defendants | CIVIL ACTION NO. 04-CV-12190 JLT |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Michael D. Badger and Mirick, O'Connell, DeMallie & Lougee, LLP on behalf of the defendants, City of Woburn and Paul Tortolano, in the above-entitled case.

                                                Respectfully submitted,

                                                PAUL TORTOLANO, CHIEF OF THE
                                                CITY OF WOBURN FIRE DEPARTMENT
                                                and CITY OF WOBURN

                                                By its counsel,

                                                /s/ Michael D. Badger
                                                Michael D. Badger, Esq.
                                                BBO #633915
                                                Mirick, O'Connell, DeMallie & Lougee, LLP
                                                100 Front Street
                                                Worcester, MA 01608-1477
                                                Phone: (508) 791-8500
                                                Fax:   (508) 791-8502

Dated: December 8, 2004

{H:\PA\Lit\19210\00017\A0754210.DOC}

## CERTIFICATE OF SERVICE

  I, Michael D. Badger, hereby certify that I have this day served a copy of the foregoing document, by first class mail to Terence Coles, Esq., Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108 and Leonard Kesten, Esq, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Place, Boston, MA 02116.

                     _____
                      Michael D. Badger, Esq.

Dated: December 8, 2004