UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, IAFF<br>    Plaintiffs,<br><br>v.<br><br>PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN,<br>    Defendants. | Civil Action No:<br>04-CV-12190 JLT |

### PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT LONGER THAN 20 PAGES

Pursuant to Local Rule 7.1 (B)(4), Plaintiffs move this Court for leave to submit Plaintiffs' Memorandum of Law In Support Of Motion For Summary Judgment which exceeds 20 pages (23 pages). Plaintiffs' memorandum in support of their motion raises multiple grounds why Defendants' conduct has violated Plaintiffs' constitutional rights. Plaintiffs believe that the information contained in their memorandum is necessary to explain the reasons why preliminary injunctive relief should be granted.

Respectfully submitted,

STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,
By their attorneys,

Dated: 2/13/04

_____
Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/(hand) on 12/15/04.