UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., <br>     Plaintiffs, <br><br> v. <br><br> PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN, <br>     Defendants. | Civil Action No: <br> 04-CV-12190 JLT |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY

Plaintiffs, by their attorneys, hereby move this Honorable Court for summary judgment on liability. As set forth in the memorandum of law, affidavits and exhibits submitted herewith, Plaintiffs brought this action pursuant to M.G.L. c. 41, §100 and 111F, 42 U.S.C. §1983, and M.G.L. c. 12, §11I, challenging Defendant City of Woburn's and Defendant Fire Chief Paul Tortolano's termination of plaintiff Stephen Patterson's employment and injury leave benefits. As a result of Mr. Patterson's reinstatement to employment, effective November 1, 2004, Plaintiffs are withdrawing Counts I, II and IV of their Complaint. The instant motion for summary judgment addresses the remaining count, Count III, brought pursuant to 42 U.S.C. §1983 and 42 U.S.C. §1988. Defendants terminated Mr. Patterson's employment and injury leave benefits without conducting any pretermination hearing or opportunity to be heard in violation of Mr. Patterson's right to due process of law under the 14th Amendment of the United States Constitution.

WHEREFORE, Plaintiffs request this Court to grant Plaintiffs' Motion For Summary Judgment on liability finding that Defendants violated Mr. Patterson's right to due process of law under the 14th Amendment of the United States Constitution.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument for this motion.

Respectfully submitted,

STEPHEN PATTERSON and WOBURN
FIRE FIGHTERS ASSOCIATION,
LOCAL 971, I.A.F.F.,
By their attorneys,

Dated: 12/03/04

Terence E. Coles, BBO #600084
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

### CERTIFICATE OF CONFERENCE

Plaintiffs counsel, Terence E. Coles, Esquire, hereby certifies that he and Defendants' counsel, Michael Badger, Esquire and Leonard Kesten, Esquire, have conferred on multiple occasions during November, 2004, and have attempted in good faith the resolve and narrow the issues presented in this motion.

Terence E. Coles

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12/15/04