DEC 17 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN PATTERSON and WOBURN )
FIRE FIGHTERS ASSOCIATION, )
LOCAL 971, I.A.F.F., )   Civil Action No:
    Plaintiffs, )   04-CV-12190 JLT
)
v. )
)
PAUL TORTOLANO, CHIEF OF THE CITY OF )
WOBURN FIRE DEPARTMENT and CITY OF )
WOBURN, )
    Defendants. )

**PLAINTIFFS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(1)**

Pursuant to Local Rule 16.1(D)(3), the plaintiffs and their counsel hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Stephen Patterson_
Stephen Patterson

_/s/ Terence E. Coles_
Terence E. Coles, BBO #600084
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street
Boston, MA 02108
(617) 367-7200

Dated: 12/20, 2004

DEC 17 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., <br>     Plaintiffs, <br><br> v. <br><br> PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN, <br>     Defendants. | Civil Action No: <br> 04-CV-12190 JLT |

### PLAINTIFFS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(1)

Pursuant to Local Rule 16.1(D)(3), the plaintiffs and their counsel hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ David Peary_
David Peary, President
Woburn Firefighters Association,
Local 971, IAFF

_/s/ Terence E. Coles_
Terence E. Coles, BBO #600084
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street
Boston, MA 02108
(617) 367-7200

Dated: 12/17, 2004