UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

STEPHEN PATTERSON AND WOBURN FIRE )
FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., )
                Plaintiffs, )
VS. )
 )
PAUL TORTOLANO, CHIEF OF THE CITY )
OF WOBURN FIRE DEPARTMENT AND )
CITY OF WOBURN, )
                Defendants. )

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The defendants, Paul Tortolano, Chief of the City of Woburn Fire Department, and City of Woburn, hereby cross-motion for summary judgment on Count III of the plaintiffs' complaint, the only count remaining, alleging a violation of due process rights under the Fourteenth Amendment.[1]

As set forth in the Memorandum of Law In Opposition to Plaintiffs' Motion for Summary Judgment on Liability and In Support of Defendants' Cross-Motion for Summary Judgment, and accompanying affidavits, and exhibits, submitted herewith, which are incorporated herein by this reference, the defendants are entitled to summary judgment in their favor on this count as a matter of law because the undisputed material facts show that, to the extent he was even entitled to due process, they did not violate Mr. Patterson's due process rights under the Fourteenth Amendment in any respect.

---

[1] The plaintiffs have dismissed the other counts of the complaint. See Plaintiffs' Memorandum of Law in Support of Summary Judgment on Liability, n. 1.

WHEREFORE, Defendants request this Court to grant their Cross-Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Defendants request oral argument for this motion.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten , BBO# 542042
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS &
   KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 3, 2005

## Certificate of Conference

Defendants' counsel, Leonard H. Kesten, Esquire, hereby certifies that he and plaintiffs' counsel, Terence E. Coles, Esquire, have conferred and have attempted in good faith to resolve and narrow the issues presented in this motion.

/s/ Leonard H. Kesten
Leonard H. Kesten