# CITY OF WOBURN



# 1989 MUNICIPAL CODE, AS AMENDED

With Amendments Through

July 15, 2004

A True Copy Attest:

_____
William C. Campbell, City Clerk

SEAL

Section 8 <u>Disciplinary Action and Separation</u>

A. Applicability

The provisions of this section shall apply to all permanent employees provided any employee covered by Civil Service shall be subject to Civil Service rules governing suspension, demotion and dismissal and any employee covered by a collective bargaining agreement shall be subject to the disciplinary procedures of said agreement.

B. Suspension

A department head, following consultation with the Personnel Director, may suspend, without pay and for just cause, any permanent employee in his or her department covered by this ordinance for such length of time as he or she considers appropriate. In any suspension, the Personnel Director shall furnish immediately with a written statement specifically setting forth the reasons for such suspension. A copy of the statement shall be furnished immediately to the employee and the employee shall be informed of his/her rights to a hearing under Civil Service and/or Collective Bargaining agreement and/or before the Mayor.

C. Demotion and Dismissal

A permanent employee may be demoted or dismissed for just cause, provided the following procedures are adhered to:

1. The employee shall be notified in writing of the contemplated sanction and the reasons for such action five (5) working days prior to the effective date of such action and a copy of said notice shall be filed with the personnel director.

2. The employee shall be granted a hearing before the mayor within five (5) working days after the notification of dismissal or demotion and the mayor will render a decision five (5) working days thereafter.

D. Just Cause Standard

For purpose of this article, just cause shall be defined to include, but not be limited to, any of the following:

1. Incompetency
2. Inefficiency
3. Inexcusable neglect of duty
4. Failure to perform in one or more critical elements of the job.
5. Fraud in securing appointment

6. Insubordination
7. Drunkenness
8. Addiction to narcotics or habit-forming drugs
9. Inexcusable absence without leave
10. Sick Leave Abuse
11. Conviction of a felony dismeanor involving moral turpitude.
12. Willful disobedience
13. Misuse or unauthorized use of municipal property
14. Other misconduct or violation of work rules or regulations

E. Layoff

An appointing authority may layoff a permanent employee when he or she deems it necessary by reason of shortage of work or funds, material change in the departmental organization, or for other related reasons which are outside the employee's control and which do not reflect discredit upon the services of the employee. The employee shall be provided with a written notice of such layoff fourteen (14) working days prior to the effective date of such action.

The order of layoffs shall be determined by the personnel director, in consultation with the mayor, based upon past performance, current and projected employment needs, abilities and length of service in the City.

The duties performed by any employee being laid off may be reassigned to other employees already working who hold position in appropriate classes. No temporary or permanent separation of an employee as a penalty or disciplinary action shall be considered a layoff. The names of employees affected shall be kept on a special employment list and said employees shall be recalled in the same order and based upon the same criteria as were used in determining the original layoff.

F. Resignation

To resign in good standing, an employee must give the City at least fourteen (14) calendar days prior notice unless the City, because of extenuating circumstances agrees to permit a shorter period of notice.

A written resignation shall be supplied by the employee to the City giving reasons for leaving. The resignation shall be forwarded to the personnel director with a statement by the department head as to the rescinded employee's service performance and pertinent information concerning the cause for resignation. Failure to comply with the rule shall be entered on the service record of the employee and may be reason for denying future employment by the City.



# City of Woburn
## Massachusetts

**PAUL TORTOLANO**
CHIEF OF DEPARTMENT

**FIRE DEPARTMENT**

Telephone: (781) 932 4580
Fax: (781) 933-6498

124 Main Street - P.O. BOX 99
Woburn, Massachusetts 01801

September 30, 2004

Fire Fighter Stephen Patterson
12 Hinston Road
Woburn, Massachusetts 01801

Dear Fire Fighter Patterson:

On September 9, 2004, you were cleared by your treating physician, Frank X. Pedlow, M.D., to return to work on light duty status with the Woburn Fire Department. Your absence since September 10, 2004 is unauthorized based on your continued failure to report to work and your failure to advise me of any legitimate reason for your absence. Accordingly, the Department will not authorize any payments to be made during this period of unauthorized absence.

Furthermore, in accordance with M.G.L. c. 31, §38, please be advised that you are considered to have permanently and voluntarily separated yourself from employment with the City of Woburn Fire Department based on your failure to report for duty in excess of fourteen (14) days without authorization from the Appointing Authority.

You may, within ten days after the mailing date of this letter, request a hearing before the Appointing Authority to determine if there is any basis for your restoration of employment with the City of Woburn Fire Department or if there is a basis for your being granted a leave of absence. Otherwise, you will be considered permanently and voluntarily separated from employment with the Woburn Fire Department.

Signed:

Chief Paul Tortolano
Fire Chief, Woburn Fire Department

cc: Mayor John C. Curran
Personnel Administrator, Commonwealth of Massachusetts
Nicholas Anastasopoulos, Esquire
Jan Robbins Cox, Director of Human Resources
Thomas Lawton, Esquire, City Solicitor

{H:\PA\LABOR\19210\00003\A0737715.DOC}