UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

STEPHEN PATTERSON AND WOBURN FIRE           )
FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,  )
                          Plaintiffs,  )
VS.                                         )
                                      )
PAUL TORTOLANO, CHIEF OF THE CITY           )
OF WOBURN FIRE DEPARTMENT AND               )
CITY OF WOBURN,                             )
                          Defendants   )

**Defendants' Motion for Leave to File Their Opposition to
Plaintiffs' Motion for Summary Judgment Day
Three Business Days Beyond the Fourteen Day Period**

Pursuant to Local Rule 7.1(B), the defendants request leave of this Court to file their Opposition to Plaintiffs' Motion for Summary Judgment on Liability three (3) business days beyond the fourteen (14) day period. As grounds, the defendants submit as follows:

1. The complaint was filed on October 18, 2004.

2. The undersigned counsel became involved in this case later, filing his notice of appearance on December 7, 2004.

3. The plaintiffs filed their motion for summary judgment in this case one week later on December 15, 2004.

4. Pursuant to Local Rule 7.1(B)(2), the defendants' opposition was due fourteen days later, on December 29, 2004.

5. That due date, however, fell in the middle of the holiday period between Christmas and New Year's during which the undersigned had family commitments, including travel plans.

6.. In addition, the defendants wished to combine the Opposition with a Cross-Motion for Summary Judgment, which they have submitted herewith. The defendants believe that the Opposition/Cross-Motion will aid the Court in addressing this matter.

7. Defendants submit that the filing of their Opposition three days beyond the fourteen period will not prejudice the plaintiffs.

WHEREFORE, they request that this Court grant them leave to so file their Opposition.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, , BBO# 542042
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS &
   KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 3, 2005