UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
STEPHEN PATTERSON and WOBURN                  )
FIRE FIGHTERS ASSOCIATION,                    )   Civil Action No:
LOCAL 971, I.A.F.F.,                          )   04-CV-12190 JLT
    Plaintiffs,                              )
                                              )
v.                                            )
                                              )
PAUL TORTOLANO, CHIEF OF THE CITY OF          )
WOBURN FIRE DEPARTMENT and CITY OF            )
WOBURN,                                       )
    Defendants.                              )
_____           )

## PARTIES' JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.1, the parties hereby submit this Joint Statement prior to the scheduling conference on January 5, 2005.

### Proposed Scheduling Order

1. **Joint Discovery/Summary Judgment Plan**

    The parties do not believe that there are any disputed issues of material fact in this case with respect to liability. Plaintiffs have filed a motion for summary judgment on liability and Defendants will be filing an opposition/cross motion for summary judgment on liability.

    Should Plaintiffs prevail on their motion for summary judgment, the parties may have disputes issues of fact as to damages. Accordingly, the parties propose the following discovery plan and schedule for filing motions on damages, if necessary:

| | |
|---|---|
| Discovery (Interrogatories, Requests for Production of Documents and Depositions) | Completed within 90 days after the Court's Order on the parties' motions for summary judgment on liability |
| Motions for Summary Judgment | Filed within 30 days after the completion of discovery. |

2.  **List of Persons Or Entities The Parties Seek To Depose.**

The parties do not seek to depose any persons or entities at this stage of the case.

3.  **Certifications.**

Certification of Conference, file pursuant to Local Rule 16.1(D), will be submitted under separate cover.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs, | Defendant, |
| STEPHEN PATTERSON, et al. | PAUL TORTOLANO, et al., |
| By their counsel, | By their counsel, |
| s/Terence E. Coles | s/Leonard H. Kesten |
| Terence E. Coles, BBO #600084 | Leonard H. Kesten, BBO #542042 |
| Pyle, Rome, Lichten, Ehrenberg | Brody, Hardoon Perkins & Kesten, LLP |
| & Liss-Riordan, P.C. | One Exeter Plaza |
| 18 Tremont St., Ste. 500 | Boston, MA 02116 |
| Boston, MA 02108 | (617) 880-7100 |
| (617) 367-7200 | |

Dated: January 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Leonard Kesten, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on January 15, 2205, by facsimile and first class mail.

s/Terence E. Coles
Terence E. Coles