UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 04-12190-JLT |
| PAUL TORTOLANO, Chief of the City of Woburn Fire Department, and CITY OF WOBURN, | * * * * * | |
| Defendants. | * | |

## ORDER

January 7, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. Defendants may depose Stephen Patterson by March 31, 2005;

2. No additional discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for April 5, 2005 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge