UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

| | |
|---|---|
| STEPHEN PATTERSON AND WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., Plaintiffs, VS. PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT AND CITY OF WOBURN, Defendants. | ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1 of the United States District Court, the defendants respectfully request that this Court grant them leave to file the attached Response to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment. As grounds, the defendants submit that their Response addresses and clarifies various issues and statements in the Opposition, and will otherwise aid the Court in its consideration of the issues presented by the Cross-Motions for Summary Judgment.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deidre Brennan Regan, BBO #552432
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: March 9, 2005