UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN PATTERSON and WOBURN    *
FIRE FIGHTERS ASSOCIATION,         *
LOCAL 971, I.A.F.F.,                 *
                               *
         Plaintiffs,         *
                               *
     v.                           *     Civil Action No. 04-12190-JLT
                               *
PAUL TORTOLANO, Chief of the City    *
of Woburn Fire Department, and       *
CITY OF WOBURN,              *
                               *
         Defendants.       *

ORDER

March 14, 2005

TAURO, J.

     This court hereby orders that:

     1.     <u>Plaintiffs' Motion for Summary Judgment on Liability</u> [#14] is ALLOWED with

         respect to the termination of Patterson's employment;

     2.     <u>Plaintiffs' Motion for Summary Judgment on Liability</u> [#14] is otherwise

         DENIED;

     3.     <u>Defendants' Cross-Motion for Summary Judgment</u> [#17] is ALLOWED with

         respect to the termination of Patterson's injury leave benefits; and

     4.     <u>Defendants' Cross-Motion for Summary Judgment</u> [#17] is otherwise DENIED.

     IT IS SO ORDERED.

                                      /s/ Joseph L. Tauro
                                      United States District Judge