UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN PATTERSON and WOBURN | * | |
| FIRE FIGHTERS ASSOCIATION, | * | |
| LOCAL 971, I.A.F.F., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-12190-JLT |
| | * | |
| PAUL TORTOLANO, Chief of the City | * | |
| of Woburn Fire Department, and | * | |
| CITY OF WOBURN, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 5, 2005

TAURO, J.

After the Status Conference held on April 5, 2005, this court hereby orders that:

1.      Trial will commence on June 27, 2005 at 10:00 a.m.

IT IS SO ORDERED.


/s/ Joseph L. Tauro
United States District Judge