UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

STEPHEN PATTERSON AND WOBURN FIRE )
FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., )
                                   Plaintiffs, )
VS. )
  )
PAUL TORTOLANO, CHIEF OF THE CITY )
OF WOBURN FIRE DEPARTMENT AND )
CITY OF WOBURN, )
                                   Defendants. )

## DEFENDANTS' MOTION FOR RECONSIDERATION

The defendants, Paul Tortolano, Chief of the City of Woburn Fire Department, and City of Woburn, hereby move for reconsideration of the Court's Memorandum and Order dated March 14, 2005 to the extent it allows the plaintiff's motion for summary judgment and denies the defendants' cross-motion for summary judgment. The defendants requests that this Court, upon such reconsideration, deny the plaintiff's motion for summary judgment and allow the defendants' cross-motion for summary judgment in full.

The defendants are entitled to summary judgment in their favor on the issue of the plaintiff's "termination of employment" as a matter of law because the undisputed material facts show that, to the extent he was even entitled to due process, they did not violate his due process rights under the Fourteenth Amendment in any respect.

REQUEST FOR ORAL ARGUMENT

Defendants request oral argument for this motion.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS &
    KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: July 11, 2005

**Certificate of Conference**

Defendants' counsel, Leonard H. Kesten, Esquire, hereby certifies that he and plaintiffs' counsel, Terence E. Coles, Esquire, have conferred and have attempted in good faith to resolve and narrow the issues presented in this motion.

/s/ Leonard H. Kesten
Leonard H. Kesten