UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,     Plaintiffs, <br><br> v. <br><br> PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN,     Defendants. | Civil Action No: <br> 04-CV-12190 JLT |

_____

## JOINT NOTICE OF WAIVER OF JURY TRIAL

Plaintiffs and Defendants hereby waive their right to a jury trial on the issue of Plaintiff Patterson's damages in the above-captioned case and request that the trial on damages be heard by the Court.

                                                       Respectfully submitted,

| Plaintiffs, | Defendant, |
|---|---|
| STEPHEN PATTERSON, et al. | PAUL TORTOLANO, et al., |
| By their counsel, | By their counsel, |
| s/Terence E. Coles | s/Leonard H. Kesten |
| Terence E. Coles, BBO #600084 | Leonard H. Kesten, BBO #542042 |
| Pyle, Rome, Lichten, Ehrenberg    & Liss-Riordan, P.C. | Brody, Hardoon Perkins & Kesten, LLP One Exeter Plaza |
| 18 Tremont St., Ste. 500 | Boston, MA 02116 |
| Boston, MA 02108 | (617) 880-7100 |
| (617) 367-7200 | |

Dated: August 10, 2005