UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL TORTOLANO, Chief of the City of Woburn Fire Department, and CITY OF WOBURN, <br><br> Defendants. | Civil Action No. 04-12190-JLT |

## JUDGMENT

November 22, 2005

TAURO, J.

After a Trial held on November 22, 2005, this Court hereby orders that:

1. Because Plaintiff Stephen Patterson ("Patterson") suffered emotional distress as a result of his unlawful termination, Defendants will pay Patterson damages in the amount of $25,000.

IT IS SO ORDERED.

                                                                               /s/ Joseph L. Tauro
                                                      United States District Judge