UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
STEPHEN PATTERSON and WOBURN    )
FIRE FIGHTERS ASSOCIATION,              )
LOCAL 971, I.A.F.F.,                                    )    Civil Action No:
        Plaintiffs,                                              )    04-CV-12190 JLT
                                                                    )
v.                                                                  )
                                                                    )
PAUL TORTOLANO, CHIEF OF THE CITY OF )
WOBURN FIRE DEPARTMENT and CITY OF )
WOBURN,                                                    )
        Defendants.                                        )
_____)

**ASSENTED-TO MOTION TO REOPEN CASE AND AMEND JUDGMENT**

Plaintiffs hereby move this Court to reopen the above-captioned matter and amend the judgment ordered by the Court to properly reflect the damages both agreed to by the parties and the judgment on damages awarded by the Court.

1.    As set forth in the parties' pretrial memorandum submitted to this Court, the parties are in agreement that Plaintiff Stephen Patterson is owed unpaid compensation in the amount of $7,269.50 for the period from his termination, effective September 25, 2004 until his reinstatement on November 1, 2004.

2.    On November 22, 2004, the Court ordered judgment to Patterson in the amount of $25,000.00 for emotional distress.

Accordingly, Plaintiffs move that this Court reopen the case and amend the judgment to order Defendants to pay Patterson emotional distress damages in the amount of $25,000.00 and unpaid compensation in the amount of $7,269.50.

                                                            Respectfully submitted,

Plaintiffs,                                                Assented to:

| | |
|---|---|
| STEPHEN PATTERSON, et al. | Defendant,<br>PAUL TORTOLANO, et al., |
| By their counsel, | By their counsel, |
| s/Terence E. Coles<br>Terence E. Coles, BBO #600084<br>Pyle, Rome, Lichten, Ehrenberg<br>   & Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 | s/Leonard H. Kesten /TEC<br>Leonard H. Kesten, BBO #542042<br>Brody, Hardoon Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

Dated: December 2, 2005