UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN PATTERSON and WOBURN FIRE FIGHTERS ASSOCIATION, LOCAL 971, IAFF<br>    Plaintiffs,<br><br>v.<br><br>PAUL TORTOLANO, CHIEF OF THE CITY OF WOBURN FIRE DEPARTMENT and CITY OF WOBURN,<br>    Defendants. | Civil Action No:<br>04-CV-12190 JLT |

## AFFIDAVIT OF TERENCE E. COLES, ESQ.

I, Terence E. Coles, under oath, hereby state as follows:

1. I am a partner in the law firm of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., where I practice exclusively in the field of labor and employment law on the side of unions and employees, with a specialty in constitutional law as it applies to public employees. I joined the firm in 1997 and have been a partner since 2003.

2. I am an honors graduate of Rutgers University (B.A.., 1984) and a graduate of Northeastern University School of Law (J.D., 1994).

3. I am a member of the Bar of the Supreme Judicial Court of Massachusetts, the U.S. Court of Appeals for the First Circuit, and the U.S. District Court for the District of Massachusetts. I am a member of the Labor and Employment Section of the Massachusetts Bar Association and I have taught at numerous seminars sponsored by Massachusetts Continuing Legal Education on various topics regarding labor and employment law.

4. I was lead counsel for this case, for which I planned strategy, prepared and supervised associate attorneys in preparing motions and conducted the witness questioning at trial.

5. Exhibit B to this petition contains a true and accurate representation of my firm's billing records for this case.

6. Exhibit C to this petition contains a record of the costs expended by Plaintiffs in connection with this case.

7. I am seeking fees at the rate of $275.00 per hour in this case. I believe this rate is reasonable in light of my experience and rates charged by other practitioners in my field in the Boston area.

8. Some recent examples of cases which I have litigated include *Parow v. Kinnon,* 300 F.Supp.2d 256 (2004) and *Bates v. Mackay,* 321 F.Supp.2d 173 (2004), two cases brought on behalf of public employees for deprivation of their First Amendment right to free speech. In both cases, the District Court found that public employees had been deprived of their constitutional right to free speech and ordered, *inter alia,* the public employer to remove the discipline from the public employees' files.

9. In addition to the time I spent on this case, Plaintiffs are also seeking fees for work performed by another partner in the firm, Betsy L. Ehrenberg, and two associate attorneys Leah M. Baurrault and David Conforto. Ms. Baurrault, a 2004 graduate of Northeastern University School of Law, has practiced exclusively in the areas of labor and employment law. Ms. Baurrault assisted in the preparation of Plaintiffs' motion for preliminary injunctive relief and successfully represented Patterson in his *post-deprivation* hearing before the City – a hearing which resulted in his reinstatement as a firefighter with the City. Mr. Conforto, a 2005 graduate

from Boston College Law School, has also practiced exclusively in the areas of labor and employment law. Mr. Conforto assisted in the preparation of plaintiff's motion for summary judgment and various pre-trial legal issues. Plaintiffs are requesting fees at the rate of $225 per hour for Attorneys Baurrault and Conforto. These rates are reasonable in light of the experience of these attorneys and rates charged by other practitioners in this field in the Boston area.

10.   On December 1, 2005, I attempted to either resolve, or at least narrow, the issues associated with Plaintiffs' instant motion for attorneys' fees and costs by sending Defendant's counsel a letter which included a spreadsheet of attorney's fees and costs (excluding the fees associated with preparing the instant motion which were incurred subsequent to December 1, 2005). Attached hereto as Exhibit D. Defendant's counsel never responded to my letter or my three subsequent telephone calls, thereby necessitating the instant motion.

Signed under the pains and penalties of perjury this 4th day of January, 2006.

_____
Terence E. Coles