Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| DATE | ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/2004 | TEC | Research on injunctive relief based on due process deprivation and injunction in aid of arbitration; draft memo of law; Conference w/client regarding statement of facts; Draft statement of facts; Telephone conference w/ union president re attempts to meet w/Chief; review correspondence from Town's counsel | 8 | $2,200.00 |
| 10/14/2004 | BLE | Research re due process claims, injunctions in aid of arbitration | 0.6 | $165.00 |
| 10/15/2004 | TEC | Telephone Conference w/Fuller, Patterson and Peary for affidavits; Review documents; Conference w/Patterson; Draft memo of law; Research on legal issues of due process and injunction in aid of arbitration | 8 | $2,200.00 |
| 10/15/2004 | LMB | Review draft of preliminary injunction; Conference w/TEC; Draft introductory statement in preparation for Monday's appointing authority hearing; Research | 2.3 | $517.50 |
| 10/16/2004 | TEC | Research and draft memo of law; Draft complaint | 5.5 | $1,512.50 |
| 10/17/2004 | TEC | Revise memo of law; Finish drafting complaint; Telephone conference w/ Patterson and Peary; Draft motion for preliminary injunction; prepare affidavits and exhibits | 4 | $1,100.00 |
| 10/18/2004 | TEC | Finish preparing motion, complaint and memo of law; File with Superior Court; Conference w/Clerk to get short order of notice; Telephone conference w/N. Anastasopoulos; Draft email and correspondence to City's counsel; Telephone conference w/Peary and Patterson and L. Barrault re hearing | 5.5 | $1,512.50 |
| 10/18/2004 | LMB | Attend appointing authority hearing for Stephen Patterson | 3.4 | $765.00 |
| 10/19/2004 | TEC | Conference w/ City's counsel re removal to federal court, expedited arbitration, and new date for preliminary injunction; revise motion for federal court; Telephone conference w/client | 1 | $275.00 |
| 10/20/2004 | TEC | Telephone Conference w/M. Badger re scheduling of preliminary injunction motion; Telephone conference w/court clerk; Review court notices; Draft correspondence hearing date; Telephone conference w/N. Anastasopoulos re potential settlement; Draft supplemental affidavit; Telephone conference w/D. Peary and M. Patterson re same; Legal research on injunction in aid of arbitration issue | 4 | $1,100.00 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2004 | TEC | Review opposition submitted by Defendants to motion for preliminary and permanent injunctive relief; Research on legal issues | 1.2 | $330.00 |
| 10/26/2004 | LMB | Review defendant's opposition to plaintiff's motion for injunctive relief; Prepare affidavits | 1.3 | $292.50 |
| 10/27/2004 | TEC | Review opposition filed by City with attachments; Conference w/L. Barrault re preparing affidavit; Telephone conference w/S. Patterson re supplemental affidavit; Prepare reply brief; Telephone conference w/D. Peary re hearing; Legal research | 7 | $1,925.00 |
| 10/27/2004 | LMB | Finish affidavit and conference w/TEC on reply brief | 1.5 | $337.50 |
| 10/28/2004 | TEC | Prepare for and attend preliminary injunction hearing; Settlement discussions; Telephone conference w/client and M. Badger; Calculation of attorney's fees and costs | 5 | $1,375.00 |
| 10/28/2004 | LMB | Attend preliminary injunction hearing w/TEC | 3.5 | $787.50 |
| 10/29/2004 | TEC | Telephone conference w/City's counsel, Patterson and Peary re back to work; Resolution of preliminary injunction matter | 1 | $275.00 |
| 11/8/2004 | TEC | Telephone conference w/M. Badger re scheduling summary judgment cross-motions | 0.2 | $55.00 |
| 12/2/2004 | TEC | Draft correspondence to L. Kesten re summary judgment | 0.2 | $55.00 |
| 12/7/2004 | TEC | Draft summary judgment papers | 0.5 | $137.50 |
| 12/8/2004 | TEC | Draft summary judgment motion and memo | 5 | $1,375.00 |
| 12/9/2004 | TEC | Review court orders on status conference | 0.2 | $55.00 |
| 12/13/2004 | TEC | Draft memo of law, motion to exceed 20 pages, and motion for summary judgment; Telephone conference w/S. Patterson | 5 | $1,375.00 |
| 12/14/2004 | TEC | Draft automatic disclosure; Draft letter concerning discovery; Telephone conference w/client re potential retaliation; Settlement; Disclosure issues | 1.5 | $412.50 |
| 12/15/2004 | TEC | Conference w/client re settlement demand; Calculation of attorney's fees and costs; Draft settlement demand letter to Kesten | 1 | $275.00 |
| 12/16/2004 | TEC | Review court orders on summary judgment filing; Telephone conference w/defendants' counsel's office on scheduling conference issues | 0.3 | $82.50 |
| 12/20/2004 | TEC | Review and file certification of conference; Review court notices | 0.2 | $55.00 |
| 1/3/2005 | TEC | Telephone conference w/L. Kesten re Rule 16.1 conference; Draft joint statement; Follow-up telephone conference w/Kesten on joint statement; File statement w/court | 1.2 | $330.00 |
| 1/5/2005 | TEC | Review cross-motion for summary judgment; Prepare for attend scheduling conference | 1.5 | $412.50 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2005 | TEC | Draft opposition to defendants' motion for summary judgment; Legal research | 3 | $825.00 |
| 1/12/2005 | TEC | Draft and file reply to City's cross-motion for summary judgment | 3 | $825.00 |
| 3/4/2005 | TEC | Draft correspondence to L. Kesten re deposition | 0.2 | $55.00 |
| 3/14/2005 | TEC | Telephone conference w/L. Kesten re court order on deposition of Patterson; Review reply brief filed by City on notion for summary judgment; Research filing surreply | 2.2 | $605.00 |
| 3/15/2005 | TEC | Telephone conference w/City counsel re scheduling Patterson deposition; Telephone client re same; Review court order on summary judgment motions; Telephone conference w/client | 1.5 | $412.50 |
| 3/16/2005 | TEC | Telephone conference w/L. Kesten re damages issue | 0.2 | $55.00 |
| 3/17/2005 | TEC | Telephone conference w/L. Kesten re damages issue | 0.2 | $55.00 |
| 3/18/2005 | TEC | Telephone conference w/Lawyers Weekly re case | 0.3 | $82.50 |
| 3/21/2005 | TEC | Telephone conference w/L/ Kesten re Patterson deposition | 0.2 | $55.00 |
| 3/22/2005 | TEC | Telephone conference w/L/ Kesten re Patterson, settlement, calculation of attorney hours; Telephone conference w/client re settlement | 0.7 | $192.50 |
| 4/4/2005 | TEC | Research on damages issues; Telephone conference w/L. Kesten | 1 | $275.00 |
| 4/5/2005 | TEC | Research on damages issues; Attend court status conference; Conference w/client on settlement; Conference w/L. Kesten re same | 3 | $825.00 |
| 4/15/2005 | TEC | Telephone conference w/L. Kesten re attorneys' fees issue; Appeal of decision | 0.3 | $82.50 |
| 5/5/2005 | TEC | Telephone conference w/client re preparing for trial | 0.2 | $55.00 |
| 6/6/2005 | DC | Office conference DC w/TEC re motion in limine on damages | 0.3 | $67.50 |
| 6/7/2005 | DC | Office conference DC w/TEC re research for motion in limine | 0.2 | $45.00 |
| 6/7/2005 | TEC | Research on damages issue (lost pay); Conference w/DBR on same | 0.5 | $137.50 |
| 6/13/2005 | DC | Research re MGL 41, Section 111F and availability of back pay; Office conference DC w/TEC re same | 3.5 | $787.50 |
| 6/14/2005 | DC | Research re MGL 41, Section 111F and availability of back pay; Draft memo to TEC re same | 4.5 | $1,012.50 |
| 6/14/2005 | TEC | Review research memo from DC on damages; Telephone conference w/City's counsel re motion on damages; Draft motion in limine on damages | 2 | $550.00 |
| 6/15/2005 | DC | Research re suspension without back pay issue; Draft memo to TEC re same; Office conference DC c/HLL re same | 4.4 | $990.00 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/15/2005 | TEC | Conference w/DC on additional damage issues; Review additional research memo from DC on same; Continue drafting motion in limine on damages; Conference call w/L. Kesten re narrowing the issues; Preparation for trial | 6.5 | $1,787.50 |
| 6/16/2005 | TEC | Conference w/court re trial; Conference w/L. Kesten; prepare exhibits to motion | 0.4 | $110.00 |
| 6/17/2005 | TEC | Draft damages motion memo | 0.2 | $55.00 |
| 6/22/2005 | TEC | Review court notice on arbitration; Telephone conference w/counsel to reschedule | 0.2 | $55.00 |
| 7/18/2005 | TEC | Review motion for reconsideration; Draft opposition | 2.5 | $687.50 |
| 7/19/2005 | TEC | Draft and revise opposition to motion for reconsideration | 1 | $275.00 |
| 7/20/2005 | TEC | Revise and file opposition to motion for reconsideration | 0.6 | $165.00 |
| 7/22/2005 | TEC | Telephone conference w/client re motion for reconsideration; Trial preparation | 0.2 | $55.00 |
| 7/25/2005 | TEC | Review court order on motion for reconsideration | 0.2 | $55.00 |
| 7/29/2005 | TEC | Telephone conference w/client; Prepare joint pretrial memo, draft emails to Kesten | 1.3 | $357.50 |
| 8/1/2005 | TEC | Telephone conference w/court clerk re trial notice; Telephone conference w/Kesten's assistant re pretrial memo | 0.6 | $165.00 |
| 8/2/2005 | TEC | Prepare jury instructions; Draft email to Kesten on possible waiver of jury trial | 0.8 | $220.00 |
| 8/9/2005 | TEC | Conference w/client; Conference w/Brandey, in preparation for trial; Telephone conference w/Kesten, revisions to joint pre-trial memo; Review research re attorney-client privilege; Telephone conference w/clerk; Prepare exhibits | 5 | $1,375.00 |
| 8/9/2005 | DC | Research and draft memo re implied waiver of attorney/client privilege | 4.6 | $1,035.00 |
| 8/10/2005 | TEC | Prepare exhibits for trial; Draft and file joint waiver of jury; File pretrial memo; Prepare for trial | 2.5 | $687.50 |
| 8/11/2005 | DC | Research issues re post-trial motions; Telephone call to TEC re same | 1.1 | $247.50 |
| 11/15/2005 | TEC | Telephone conference w/client preparing for trial | 0.3 | $82.50 |
| 11/21/2005 | TEC | Prepare for damages trial; Telephone conference w/L. Kesten | 1.5 | $412.50 |
| 11/22/2005 | TEC | Prepare for and attend damages trial; Research interest issue; Begin preparing attorneys' fees affidavit | 4.3 | $1,182.50 |
| 12/1/2005 | TEC | Prepare attorneys' fees affidavit; Draft correspondence to L/Kesten; Revire court notice on judgment | 3 | $825.00 |
| 12/12/2005 | TEC | Telephone conference w/L/ Kesten regarding attorneys' fees and costs; Review court notice | 0.2 | $55.00 |
| 12/28/2005 | TEC | Telephone call to Defendants' counsel regarding fees and costs | 0.1 | $27.50 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2006 | TEC | Prepare motion for attorneys' fees and costs; Prepare affidavit for same; Telephone call to L. Kesten regarding same | 2 | $550.00 |
| 1/4/2006 | TEC | Prepare and file moiton for attorneys' fees and costs and affidavit for same; Research on same | 2 | $550.00 |
| | | **TOTAL** | | **$40,297.50** |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour