Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

**EXPENSES**

| Date | | Description | Amount |
|---|---|---|---|
| 10/18/2004 | TEC | Middlesex Superior Court Filing Fee | $285.00 |
| 10/19/2004 | TEC | FEDEX to Atty. Anastasopoulos | $17.42 |
| 10/21/2004 | TEC | FEDEX to Attys. Badger & Anastasopoulos | $17.42 |
| 10/28/2004 | TEC | Cab to/from court for preliminary injunction hearing | $20.00 |
| 1/5/2005 | TEC | Parking re scheduling conference at federal court | $30.00 |
| 8/12/2005 | TEC | FEDEX to Stephen Patterson | $19.37 |
| | | **TOTAL** | **$389.21** |
| | | **GRAND TOTAL** | **$40,686.71** |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour