# PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault
Stephen Young

Tod A. Cochran
OF COUNSEL

*Also admitted in Maine
**Also admitted in New York

December 1, 2005

**BY HAND DELIVERY**
Leonard H. Kesten, Esq.
Brody Hardoon Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

RE: Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Chief Paul Tortolano and the City of Woburn
USDC, Case no. 04-CV-12190 JLT

Dear Lenny:

Enclosed please find a spreadsheet setting forth the work performed by plaintiffs' counsel in this case, along with the associated fees and costs. As set forth, the attorney's fees total $39,115.00 and the costs total $389.21. Accordingly, we are seeking recovery of $39,504.21 from Defendants.

In addition, the Court's recent order of judgment failed to reflect that the parties have agreed that Patterson is owed for his lost pay during his termination (an agreement set forth in our pretrial memorandum). I will be asking the Court to enter an order reflecting this as part of the judgment. Please let me know if Defendants are agreeable to making this a joint motion.

Please contact me after you have had a chance to review this material.

Very truly yours,

Terence E. Coles

cc: Stephen Patterson
    Mark Patterson

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| DATE | ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/2004 | TEC | Research on injunctive relief based on due process deprivation and injunction in aid of arbitration; draft memo of law; Conference w/client regarding statement of facts; Draft statement of facts; Telephone conference w/ union president re attempts to meet w/Chief; review correspondence from Town's counsel | 8 | $2,200.00 |
| 10/14/2004 | BLE | Research re due process claims, injunctions in aid of arbitration | 0.6 | $165.00 |
| 10/15/2004 | TEC | Telephone Conference w/Fuller, Patterson and Peary for affidavits; Review documents; Conference w/Patterson; Draft memo of law; Research on legal issues of due process and injunction in aid of arbitration | 8 | $2,200.00 |
| 10/15/2004 | LMB | Review draft of preliminary injunction; Conference w/TEC; Draft introductory statement in preparation for Monday's appointing authority hearing; Research | 2.3 | $517.50 |
| 10/16/2004 | TEC | Research and draft memo of law; Draft complaint | 5.5 | $1,512.50 |
| 10/17/2004 | TEC | Revise memo of law; Finish drafting complaint; Telephone conference w/ Patterson and Peary; Draft motion for preliminary injunction; prepare affidavits and exhibits | 4 | $1,100.00 |
| 10/18/2004 | TEC | Finish preparing motion, complaint and memo of law; File with Superior Court; Conference w/Clerk to get short order of notice; Telephone conference w/N. Anastasopoulos; Draft email and correspondence to City's counsel; Telephone conference w/Peary and Patterson and L. Barrault re hearing | 5.5 | $1,512.50 |
| 10/18/2004 | LMB | Attend appointing authority hearing for Stephen Patterson | 3.4 | $765.00 |
| 10/19/2004 | TEC | Conference w/ City's counsel re removal to federal court, expedited arbitration, and new date for preliminary injunction; revise motion for federal court; Telephone conference w/client | 1 | $275.00 |
| 10/20/2004 | TEC | Telephone Conference w/M. Badger re scheduling of preliminary injunction motion; Telephone conference w/court clerk; Review court notices; Draft correspondence hearing date; Telephone conference w/N. Anastasopoulos re potential settlement; Draft supplemental affidavit; Telephone conference w/D. Peary and M. Patterson re same; Legal research on injunction in aid of arbitration issue | 4 | $1,100.00 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/26/2004 TEC | Review opposition submitted by Defendants to motion for preliminary and permanent injunctive relief; Research on legal issues | 1.2 | $330.00 |
| 10/26/2004 LMB | Review defendant's opposition to plaintiff's motion for injunctive relief; Prepare affidavits | 1.3 | $292.50 |
| 10/27/2004 TEC | Review opposition filed by City with attachments; Conference w/L. Barrault re preparing affidavit; Telephone conference w/S. Patterson re supplemental affidavit; Prepare reply brief; Telephone conference w/D. Peary re hearing; Legal research | 7 | $1,925.00 |
| 10/27/2004 LMB | Finish affidavit and conference w/TEC on reply brief | 1.5 | $337.50 |
| 10/28/2004 TEC | Prepare for and attend preliminary injunction hearing; Settlement discussions; Telephone conference w/client and M. Badger; Calculation of attorney's fees and costs | 5 | $1,375.00 |
| 10/28/2004 LMB | Attend preliminary injunction hearing w/TEC | 3.5 | $787.50 |
| 10/29/2004 TEC | Telephone conference w/City's counsel, Patterson and Peary re back to work; Resolution of preliminary injunction matter | 1 | $275.00 |
| 11/8/2004 TEC | Telephone conference w/M. Badger re scheduling summary judgment cross-motions | 0.2 | $55.00 |
| 12/2/2004 TEC | Draft correspondence to L. Kesten re summary judgment | 0.2 | $55.00 |
| 12/7/2004 TEC | Draft summary judgment papers | 0.5 | $137.50 |
| 12/8/2004 TEC | Draft summary judgment motion and memo | 5 | $1,375.00 |
| 12/9/2004 TEC | Review court orders on status conference | 0.2 | $55.00 |
| 12/13/2004 TEC | Draft memo of law, motion to exceed 20 pages, and motion for summary judgment; Telephone conference w/S. Patterson | 5 | $1,375.00 |
| 12/14/2004 TEC | Draft automatic disclosure; Draft letter concerning discovery; Telephone conference w/client re potential retaliation; Settlement; Disclosure issues | 1.5 | $412.50 |
| 12/15/2004 TEC | Conference w/client re settlement demand; Calculation of attorney's fees and costs; Draft settlement demand letter to Kesten | 1 | $275.00 |
| 12/16/2004 TEC | Review court orders on summary judgment filing; Telephone conference w/defendants' counsel's office on scheduling conference issues | 0.3 | $82.50 |
| 12/20/2004 TEC | Review and file certification of conference; Review court notices | 0.2 | $55.00 |
| 1/3/2005 TEC | Telephone conference w/L. Kesten re Rule 16.1 conference; Draft joint statement; Follow-up telephone conference w/Kesten on joint statement; File statement w/court | 1.2 | $330.00 |
| 1/5/2005 TEC | Review cross-motion for summary judgment; Prepare for attend scheduling conference | 1.5 | $412.50 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2005 | TEC | Draft opposition to defendants' motion for summary judgment; Legal research | 3 | $825.00 |
| 1/12/2005 | TEC | Draft and file reply to City's cross-motion for summary judgment | 3 | $825.00 |
| 3/4/2005 | TEC | Draft correspondence to L. Kesten re deposition | 0.2 | $55.00 |
| 3/14/2005 | TEC | Telephone conference w/L. Kesten re court order on deposition of Patterson; Review reply brief filed by City on notion for summary judgment; Research filing surreply | 2.2 | $605.00 |
| 3/15/2005 | TEC | Telephone conference w/City counsel re scheduling Patterson deposition; Telephone client re same; Review court order on summary judgment motions; Telephone conference w/client | 1.5 | $412.50 |
| 3/16/2005 | TEC | Telephone conference w/L. Kesten re damages issue | 0.2 | $55.00 |
| 3/17/2005 | TEC | Telephone conference w/L. Kesten re damages issue | 0.2 | $55.00 |
| 3/18/2005 | TEC | Telephone conference w/Lawyers Weekly re case | 0.3 | $82.50 |
| 3/21/2005 | TEC | Telephone conference w/L/ Kesten re Patterson deposition | 0.2 | $55.00 |
| 3/22/2005 | TEC | Telephone conference w/L/ Kesten re Patterson, settlement, calculation of attorney hours; Telephone conference w/client re settlement | 0.7 | $192.50 |
| 4/4/2005 | TEC | Research on damages issues; Telephone conference w/L. Kesten | 1 | $275.00 |
| 4/5/2005 | TEC | Research on damages issues; Attend court status conference; Conference w/client on settlement; Conference w/L. Kesten re same | 3 | $825.00 |
| 4/15/2005 | TEC | Telephone conference w/L. Kesten re attorneys' fees issue; Appeal of decision | 0.3 | $82.50 |
| 5/5/2005 | TEC | Telephone conference w/client re preparing for trial | 0.2 | $55.00 |
| 6/6/2005 | DC | Office conference DC w/TEC re motion in limine on damages | 0.3 | $67.50 |
| 6/7/2005 | DC | Office conference DC w/TEC re research for motion in limine | 0.2 | $45.00 |
| 6/7/2005 | TEC | Research on damages issue (lost pay); Conference w/DBR on same | 0.5 | $137.50 |
| 6/13/2005 | DC | Research re MGL 41, Section 111F and availability of back pay; Office conference DC w/TEC re same | 3.5 | $787.50 |
| 6/14/2005 | DC | Research re MGL 41, Section 111F and availability of back pay; Draft memo to TEC re same | 4.5 | $1,012.50 |
| 6/14/2005 | TEC | Review research memo from DC on damages; Telephone conference w/City's counsel re motion on damages; Draft motion in limine on damages | 2 | $550.00 |
| 6/15/2005 | DC | Research re suspension without back pay issue; Draft memo to TEC re same; Office conference DC c/HLL re same | 4.4 | $990.00 |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/15/2005 TEC | Conference w/DC on additional damage issues; Review additional research memo from DC on same; Continue drafting motion in limine on damages; Conference call w/L. Kesten re narrowing the issues; Preparation for trial | 6.5 | $1,787.50 |
| 6/16/2005 TEC | Conference w/court re trial; Conference w/L. Kesten; prepare exhibits to motion | 0.4 | $110.00 |
| 6/17/2005 TEC | Draft damages motion memo | 0.2 | $55.00 |
| 6/22/2005 TEC | Review court notice on arbitration; Telephone conference w/counsel to reschedule | 0.2 | $55.00 |
| 7/18/2005 TEC | Review motion for reconsideration; Draft opposition | 2.5 | $687.50 |
| 7/19/2005 TEC | Draft and revise opposition to motion for reconsideration | 1 | $275.00 |
| 7/20/2005 TEC | Revise and file opposition to motion for reconsideration | 0.6 | $165.00 |
| 7/22/2005 TEC | Telephone conference w/client re motion for reconsideration; Trial preparation | 0.2 | $55.00 |
| 7/25/2005 TEC | Review court order on motion for reconsideration | 0.2 | $55.00 |
| 7/29/2005 TEC | Telephone conference w/client; Prepare joint pretrial memo, draft emails to Kesten | 1.3 | $357.50 |
| 8/1/2005 TEC | Telephone conference w/court clerk re trial notice; Telephone conference w/Kesten's assistant re pretrial memo | 0.6 | $165.00 |
| 8/2/2005 TEC | Prepare jury instructions; Draft email to Kesten on possible waiver of jury trial | 0.8 | $220.00 |
| 8/9/2005 TEC | Conference w/client; Conference w/Brandey, in preparation for trial; Telephone conference w/Kesten, revisions to joint pre-trial memo; Review research re attorney-client privilege; Telephone conference w/clerk; Prepare exhibits | 5 | $1,375.00 |
| 8/9/2005 DC | Research and draft memo re implied waiver of attorney/client privilege | 4.6 | $1,035.00 |
| 8/10/2005 TEC | Prepare exhibits for trial; Draft and file joint waiver of jury; File pretrial memo; Prepare for trial | 2.5 | $687.50 |
| 8/11/2005 DC | Research issues re post-trial motions; Telephone call to TEC re same | 1.1 | $247.50 |
| 11/15/2005 TEC | Telephone conference w/client preparing for trial | 0.3 | $82.50 |
| 11/21/2005 TEC | Prepare for damages trial; Telephone conference w/L. Kesten | 1.5 | $412.50 |
| 11/22/2005 TEC | Prepare for and attend damages trial; Research intere | 4.3 | $1,182.50 |
| 12/1/2005 TEC | Prepare attorney's fees affidavit; Draft correspondence to L/Kesten; Revire court notice on judgment | 3 | $825.00 |
| | **TOTAL** | | **$39,115.00** |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour

Stephen Patterson and Woburn Firefighters Association, Local 971, IAFF
v.
Paul Tortolano and City of Woburn
U.S. District Court, No. 04-CV-12190 JLT
Attorney's Fees

**EXPENSES**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 10/18/2004 | TEC | Middlesex Superior Court Filing Fee | $285.00 |
| 10/19/2004 | TEC | FEDEX to Atty. Anastasopoulos | $17.42 |
| 10/21/2004 | TEC | FEDEX to Attys. Badger & Anastasopoulos | $17.42 |
| 10/28/2004 | TEC | Cab to/from court for preliminary injunction hearing | $20.00 |
| 1/5/2005 | TEC | Parking re scheduling conference at federal court | $30.00 |
| 8/12/2005 | TEC | FEDEX to Stephen Patterson | $19.37 |
| | | **TOTAL** | **$389.21** |
| | | **GRAND TOTAL** | **$39,504.21** |

Attorney Rates:
Terence E. Coles (TEC): $275.00/hour
Betsy L. Ehrenberg (BLE): $275.00/hour
Leah M. Barrault (LMB): $225.00/hour
David Conforto (DC): $225.00/hour