UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 CV 12190 JLT

STEPHEN PATTERSON AND WOBURN FIRE            )
FIGHTERS ASSOCIATION, LOCAL 971, I.A.F.F.,   )
                          Plaintiffs,    )
VS.                                          )
                                         )
PAUL TORTOLANO, CHIEF OF THE CITY            )
OF WOBURN FIRE DEPARTMENT AND                )
CITY OF WOBURN,                              )
                          Defendants   )

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND PREJUDGMENT INTEREST**

Pursuant to Local Rule 7.1(B), the Defendants in the above action hereby request that this Honorable Court extend the time within which the Defendants may file an Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs, and Prejudgment Interest to and including February 2, 2006. As reasons for the request, the Defendants state the following:

1. The Plaintiffs' Motion for Attorneys' Fees, Costs, and Prejudgment Interest was filed with the Court on January 5, 2006.

2. Defendants' Opposition is due to be filed by January 19, 2006.

3. Due to Defendants' counsel hectic schedule of meetings, depositions, and hearings in other cases, the Defendants request an additional 14 days in which to file their Opposition.

4. Plaintiffs' counsel has assented to this Motion.

5. Defendants submit that the additional 14 days time will not prejudice the Plaintiffs.

WHEREFORE, the Defendants request that this Court grant them leave to so file their Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs, and Prejudgment Interest to and including February 2, 2006.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, , BBO# 542042
Deidre Brennan Regan, BBO# 552432
BRODY, HARDOON, PERKINS &
 KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 19, 2005